B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shasa USA LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**74-3262478** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA**<br><br>ZIP Code **90058** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts.

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shasa USA LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Shasa USA LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Rowena Santos**
Signature of Attorney for Debtor(s)

**Rowena Santos 210185CA**
Printed Name of Attorney for Debtor(s)

**Thompson Coburn LLP**
Firm Name

**2029 Century Park East
Suite 1900
Los Angeles, CA 90067**

Address

**310-282-2500**
Telephone Number

**February  4, 2015              210185CA**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Armando E. Dollero**
Signature of Authorized Individual

**Armando E. Dollero**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**February  4, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rowena Santos 210185CA, 2029 Century Park East, Suite 1900 Los Angeles, CA 90067, 310-282-2500 ☒ *Attorney for:* Shasa USA LLC | |

| **UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: Shasa USA LLC | CASE NO.: CHAPTER: 7 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists       Date Filed: 2/4/2015
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that:  (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.  If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/ Armando E. Dollero          2/4/2015
*Signature of Signing Party*          Date

Armando E. Dollero
*Printed Name of Signing Party*

_____     _____
*Signature of Joint Debtor (if applicable)*     Date

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.  If the Filed Document is a petition, I further declare under penalty of perjury that:  (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Rowena Santos          2/4/2015
*Signature of Attorney for Signing Party*       Date

Rowena Santos
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

## WRITTEN CONSENT OF
## MEMBERS AND MANAGERS OF
## SHASA USA, LLC

The undersigned, representing all of the members and managers of Shasa USA, LLC, a California limited liability company (the "Company"), do hereby take the following actions by written consent pursuant to that certain Company Agreement dated January 1, 2013 as amended by Amendment No. 1 to Company Agreement dated January 1, 2013(the "Operating Agreement").  Capitalized terms used but not defined in this Written Consent of Members and Managers of the Company shall have the meanings assigned to them in the Operating Agreement.

WHEREAS, the Members and Managers of the Company have reviewed the current status of the Company in light of recent events.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Members and Managers of the Company, it is desirable and in the best interests of the Company, its creditors, employees, members and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED FURTHER, any of the undersigned Members and Managers is authorized to sign on behalf of the Company and in its name, a voluntary petition for liquidation under chapter 7 of the Bankruptcy Code,  and further to sign and deliver such other and further documents that are needed in connection with the Chapter 7 filing.

RESOLVED FURTHER, that any and all actions heretofore taken by the Members and Managers of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all aspects.

IN WITNESS WHEREOF, the undersigned Managers and Members have executed this Written Consent of Managers of Shasa USA, L.L.C.

**MEMBERS:**

Date:  February 4, 2015

_____
Carlo Dollero

**CDF Family Trust**

Date:  February 4, 2015

_____
Carlo Dollero,
Trustee

Date:  February 4, 2015

_____
Armando E. Dollero

**ADF Family Trust**

Date:  February 4, 2015

_____
Armando E. Dollero
Trustee

**Smart Retail, LLC**

Date:  February 4, 2015

_____
Carlo Dollero,
Manager

Date:  February 4, 2015

_____
Armando E. Dollero
Manager

**MANAGERS:**

Date:  February 4, 2015

_____
Carlo Dollero
Manager

Date:  February 4, 2015

_____
Armando E. Dollero
Manager

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles, CA**                    , California.        /s/ Armando E. Dollero

                                                     **Armando E. Dollero**
Date:         **February  4, 2015**                   Signature of Debtor


                                                     Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re  **Shasa USA LLC** _____ ,    Case No. _____

                                    Debtor

                                                Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 11,365,954.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 61 | | 22,664,892.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 76 | | | |
| Total Assets | | | 11,365,954.50 | | |
| Total Liabilities | | | | 22,664,892.12 | |

B6A (Official Form 6A) (12/07)

.

In re  **Shasa USA LLC**                                                                                    ,    Case No. _____
                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking account** | - | **10,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Varous deposits** | - | **47,685.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **57,685.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Shasa USA LLC**                                                 ,       Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Subject to setoff** | **-** | **2,437,915.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **2,437,915.50**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Shasa USA LLC**
,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Net Book Value (includes $5,024,000 in tenant improvments)** | - | 7,814,726.00 |
| 30. Inventory. | | **Inventory at Stores Only** | - | 1,055,628.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **8,870,354.00**
(Total of this page)
Total >   **11,365,954.50**

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Shasa USA LLC**                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**    continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Shasa USA LLC**                                                                              Case No. _____
                                                    ,
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Shasa USA LLC**
                                                                    Case No. _____
                          Debtor                         ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **ALBERT URESTI BEXAR COUNTY TAX ASSE 233 N. PECOS LA TRINIDAD SAN ANTONIO, TX 78207-3175** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **Arizona Department of Revenue 1600 West Monroe Street Phoenix, AZ 85007** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **Bruce Elfant/Tax Assessor-Collector P.O. Box 149328 Austin, TX 78714** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **California Franchise Tax Board 9646 Butterfield Way Sacramento, CA 95827** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | | | |
| **California State Board of Equalizat P.O. Box 942879 Sacramento, CA 94279** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |

Sheet  **1**  of  **4**   continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re     **Shasa USA LLC**                                                                    Case No. _____
                                                                    ,
                                        **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes Only | | | | | |
| **City of Tuscon** **255 W. Alameda-Second Floor** **P.O. Box 27210** **Tucson, AZ 85726** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | |
| **CLEAR CREEK ISD TAX OFFICE** **PO BOX 650395** **DALLAS, TX 75265-0395** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | |
| **Dallas County Tax Office** **500 Elm Street** **Dallas, TX 75202** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | |
| **Fort Bend County Tax Assessor** **1317 Eugene Heimann Circle** **Richmond, TX 77469** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | |
| **Klein ISD/Tax Assessor** **7200 Spring-Cypress Road** **Spring, TX 77379** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  __2__  of __4__  continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Shasa USA LLC**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes Only | | | | | | |
| Los Angeles Tax Collector 225 N. Hill Street Los Angeles, CA 90012 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| MIKE SULLIVAN TAX ASSESSOR-COLLECTO P.O BOX 3547 HOUSTON, TX 77024 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| Pablo Villareal Hidalgo County Tax 2804 S US Hwy 281 Edinburg, TX 78539 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| RON WRIGHT TARRANT COUNTY TAX ASSES 100 E. WEATHERFORD FORTH WORTH, TX 76196 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| Spring Branch ISD/Tax Assessor 16717 Ella Blvd. Houston, TX 77090 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Shasa USA LLC**                                                    Case No. _____
                                                    ,
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes Only | | | | | | |
| **Tammy Mcrae Tax Assessor** **400 N. San Jacinto St.** **Conroe, TX 77301** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| **Texas Comptroller** **111 East 17th Street** **Austin, TX 78711** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | | | |
| **WOODLANDS METRO CENTER MUD** **P.O. BOX 7829** **THE WOODLANDS, TX 77387-7829** | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | **0.00** | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | **0.00** | |

B6F (Official Form 6F) (12/07)

In re  **Shasa USA LLC**                                                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **12K APPAREL NY, LLC 1407 BROADWAY STE 1022 NEW YORK, NY 10018** | - | | | | | | 19,060.75 |
| Account No. | | | | | | | |
| **26 INTERNATIONAL 1500 S. GRIFFITH AVE LOS ANGELES, CA 90021** | | | | | | | 341,441.00 |
| Account No. | | | | | | | |
| **8th Street Enterprise Inc. 777 S. Central Avenue Los Angeles, CA 90021** | - | | | | | | 3,451.67 |
| Account No. | | | | | | | |
| **A & B FASHION, INC 710 E PICO BLVD, STE 107 LOS ANGELES, CA 90021** | - | | | | | | 291.00 |
| **_60_** continuation sheets attached | | | | Subtotal (Total of this page) | | | 364,244.42 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                ,      Case No. _____
                                      **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A ELLEN** <br> **807 E. 12ST, STE 118** <br> **LOS ANGELES, CA 90021** | - | | | | | | 64,958.25 |
| Account No. <br><br> **A-CHECK AMERICA INC.** <br> **P.O.BOX 29048** <br> **GLENDALE, CA 91209** | - | | | | | | 1,888.00 |
| Account No. <br><br> **ACCESSORIES WEST IMPORTS** <br> **15500 ERWIN STREET, 1109** <br> **VAN NUYS, CA 91411** | - | | | | | | 28,419.60 |
| Account No. <br><br> **ACQUARIUM, INC DBA CARMIN** <br> **794 E. 12TH STREET** <br> **LOS ANGELES, CA 90021** | - | | | | | | 0.00 |
| Account No. <br><br> **ADT SECURITY SERVICE** <br> **PO BOX 672279** <br> **DALLAS, TE 75240** | - | | | | | | 1,074.76 |

Sheet no. __1__ of __60__ sheets attached to Schedule of                        Subtotal | 96,340.61
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| AGAIN TRADING CORP 1239 BROADWAY 12 FL NEW YORK, NY 11223 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| AIRMAR TRANSPORTES INTERNACIONALES NORTE 174 NO. 549 COL. PENSADOR MEX C.P. 15510 DELEG. VENUSTIANO CARRAN D.F MEXICO | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| ALBERT URESTI BEXAR COUNTY TAX ASSE 233 N. PECOS LA TRINIDAD SAN ANTONIO, TX 78207-3175 | - | | | | | | | 10,320.74 |
| Account No. | | | | | | | | |
| ALT B 766 E. 12TH ST #C LOS ANGELES, CA 90021 | - | | | | | | | 128,929.00 |
| Account No. | | | | | | | | |
| AMEN TRADING, INC 3183 BANDINI BLVD VERNON, CA 90058 | - | | | | | | | 15,096.21 |

Sheet no. __2__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **154,345.95**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                              ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AMICI ACCESSORIES LTD** <br> **39 WEST 37ST 2ND FLOOR** <br> **NEW YORK, NY 10018** | - | | | | | | 60,529.15 |
| Account No. <br><br> **ANA ACCESSORIES CORPORATION** <br> **940 CROCKER ST #101** <br> **LOS ANGELES, CA 90021** | - | | | | | | 9,322.50 |
| Account No. <br><br> **ANDERSON/LA** <br> **3550 TYBURN STREET** <br> **LOS ANGELES, CA 90065** | - | | | | | | 16,821.86 |
| Account No. <br><br> **ANN KIM FASHION ACCESSORY DBA** <br> **AF DE** <br> **2115 E. 27TH STREET** <br> **VERNON, CA 90058** | - | | | | | | 28,566.01 |
| Account No. <br><br> **Any Enterprise, Inc.** <br> **1250 South Broadway** <br> **Los Angeles, CA 90035** | - | | | | | | 13,578.60 |

Sheet no. __3__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **128,818.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                    ,     Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**APPAREL AVE DBA LA BIJOU**<br>**1168 CROCKER ST.**<br>**LOS ANGELES, CA 90021** | - | | | | | | 122,736.88 |
| Account No. <br><br>**Apparel Candy**<br>**3022 S. Grand Avenue**<br>**Los Angeles, CA 90007** | - | | | | | | 9,321.00 |
| Account No. <br><br>**ARIHANT EXPORTS**<br>**901 SAPPHIRE PLAZA**<br>**DADABHAI CROSS RD**<br>**DADABHAI  40056** | - | | | | | | 0.00 |
| Account No. <br><br>**Asia Pacific Trading Co., Inc.**<br>**5132 S. Alameda Street**<br>**Vernon, CA 90058** | - | | | | | | 24,235.20 |
| Account No. <br><br>**ASIANA TRADING, INC**<br>**4320 S. SANTA FE AVE**<br>**LOS ANGELES, CA 90058** | - | | | | | | 2,191.50 |

Sheet no. __4__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   158,484.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC** _____ ,    Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **AT&T PO BOX 5001 CAROL STREAM, IL 60197-5001** | - | | | | | | | 0.00 |
| Account No. **At&T PO BOX 105414 Atlanta, GA 30348-5414** | - | | | | | | | 289.94 |
| Account No. **At&T PO BOX 5025 Carol Stream, IL 60197-5025** | - | | | | | | | 125.67 |
| Account No. **AT&T PO BOX 5001 CAROL STREAM, IL 60197-5001** | - | | | | | | | 299.88 |
| Account No. **At&t  U-verse PO BOX  5014 Carol Stream, IL 60197-5014** | - | | | | | | | 72.84 |

Sheet no. __5__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

788.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                                              ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ATC CONSTRUCTION** **3532 BROADWAY** **PEARLAND, TX 77581** | - | | | | | | | 928.09 |
| Account No. | | | | | | | | |
| **ATLAS FASHION JEWELRY CORP** **1239 BROADWAY #501** **NEW YORK, NY 10001** | - | | | | | | | 12,966.52 |
| Account No. | | | | | | | | |
| **AXESORY SOURCE** **11880 COMMUNITY RD** **STE 340** **POWAY, CA 92064** | - | | | | | | | 97,885.60 |
| Account No. | | | | | | | | |
| **AYMAN FASHIONWEAR LIMITED** **HOUSE #8 (3RD FLOOR), ROAD #07, SEC** **UTTARA, DHAKA-1230** **BANGLADESH** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **B#-SHARP COLLECTION, INC** **1162 S. CROCKER ST.** **LOS ANGELES, CA 90021** | - | | | | | | | 16,070.00 |

Sheet no. __6__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 127,850.21 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Shasa USA LLC_____,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| B. MY APPAREL, INC DBA SUGARMINT 807 E. 12TH ST., #150 LOS ANGELES, CA 90021 | | - | | | | | | 64,354.75 |
| Account No. | | | | | | | | |
| BBC APPAREL GROUP LLC 1407 BROADWAY STE 506 NEW YORK, NY 10018 | | - | | | | | | 6,900.00 |
| Account No. | | | | | | | | |
| BLAIR KEOUGH 19737 WELBY WAY WINNETKA, CA 91306 | | - | | | | | | 250.00 |
| Account No. | | | | | | | | |
| BLUCEAN CORP DBA MANITO USA 807 E. 12TH ST, STE #101 LOS ANGELES, CA 90021 | | - | | | | | | 3,454.50 |
| Account No. | | | | | | | | |
| BLUE AMBROSIA 2323 E 52ND STREET VERNON, CA 90058 | | - | | | | | | 19,434.00 |

Sheet no. __7__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    94,393.25

B6F (Official Form 6F) (12/07) - Cont.

In re __Shasa USA LLC_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**BLUE PLANET INTERNATIONAL, INC DBA**  <br>**1526 E. WASHINGTON BLVD.**  <br>**LOS ANGELES, CA 90021** | - | | | | | | | 111,433.07 |
| Account No.  <br><br>**BOA STYLE, INC**  <br>**1226 S. San Pedro Street**  <br>**Los Angeles, CA 90015** | - | | | | | | | 12,559.00 |
| Account No.  <br><br>**BONAGE USA LLC**  <br>**770 E 12TH ST SUTE 2**  <br>**LOS ANGELES, CA 90021** | - | | | | | | | 3,240.00 |
| Account No.  <br><br>**BONDED APPAREL, INC**  <br>**800 MCGARRY STREET, 5TH FL**  <br>**LOS ANGELES, CA 90021** | - | | | | | | | 4,851.00 |
| Account No.  <br><br>**BOSS FACILITY SERVICES, INC.**  <br>**1 ROEBLING COURT**  <br>**RONKONKOMA, NY 11779** | - | | | | | | | 6,184.42 |

Sheet no. __8__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      138,267.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **BOZZOLO, INC 1015 S. CROCKER ST. #Q-5 LOS ANGELES, CA 90021** | - | | | | | | 103,631.15 |
| Account No. | | | Supplies     Subject to setoff. | | | | |
| **Buyermex, S.A. de C.V. Boulevard Aeropuerto Miguel Aleman 11 Rancho El Rosario Lerma Mexico Estado De Mexico, C.P., IA 52000** | - | | | | | | 21,258.74 |
| Account No. | | | | | | | |
| **C. LUCE, INC DBA TCEC 1016 TOWNE AVE STE #108 LOS ANGELES, CA 90021** | - | | | | | | 47,322.50 |
| Account No. | | | | | | | |
| **CACHET CREATIONS INC DBA CRISTALS 128 CHARLOTTE AVE HICKSVILLE, NY 11801** | - | | | | | | 27,391.85 |
| Account No. | | | | | | | |
| **CALI BIJOU, INC 1237 S. Los Angeles St. Los Angeles, CA 90015** | - | | | | | | 6,914.50 |

Sheet no. __**9**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    | 206,518.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CALIFORNIA CHAMBER OF COMMERCE** P.O. BOX 537016 SACRAMENTO, CA 95853 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **CAMEO MANUFACTURE & WHOLESALE** 726 E. 12TH ST #110 LOS ANGELES, CA 90021 | - | | | | | | | 25,859.25 |
| Account No. | | | | | | | | |
| **CANDY ROSE APPAREL** 1015 S. CROCKER ST, SUITE R05 LOS ANGELES, CA 90021 | - | | | | | | | 22,203.50 |
| Account No. | | | | | | | | |
| **CAPE ROBBIN, INC** 1020 S. LAWSON ST CITY OF INDUSTRY, CA 91748 | - | | | | | | | 12,952.80 |
| Account No. | | | | | | | | |
| **Carlos Gonzalez** Rosemead, CA 91770 | - | | | | | | | 0.00 |

Sheet no. __10__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,015.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CAVALINI, INC DBA CI SONO 1536 S. ALAMEDA ST LOS ANGELES, CA 90021 | - | | | | | | 264,327.50 |
| Account No. | | | | | | | |
| CBEYOND ON  LINE PO BOX 848432 DALLAS, TX 75284-8432 | - | | | | | | 771.60 |
| Account No. | | | | | | | |
| CELESTE 798 1/2 E. 12TH UNIT#2 LOS ANGELES, CA 90021 | - | | | | | | 2,960.00 |
| Account No. | | | | | | | |
| CENIT LOS ANGELES, CA 90021 | - | | | | | | 262,163.95 |
| Account No. | | | | | | | |
| Central Parking Corp 315 E. Commerce Ste 200, San Antoni P.O. Box 790402 St. Louis, MO 63179-0402 | - | | | | | | 280.00 |

Sheet no. __11__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **530,503.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CESEM** **754-1 E. 12TH ST** **LOS ANGELES, CA 90021** | - | | | | | | | 138,506.00 |
| Account No. | | | | | | | | |
| **CHANGSHU RAYEE IMPORT AND EXPORT CO** **RM 2504, WORLD TRADE BUILDING, EAST** **CHANGSHU CITY** **CHANGSHU** | - | | | | | | | 37,931.10 |
| Account No. | | | | | | | | |
| **CHIC BLACK, INC DBA DI LUSSO** **807 E 12th ST. #229** **LOS ANGELES, CA 90021** | - | | | | | | | 751,223.10 |
| Account No. | | | | | | | | |
| **CILLA COLLECTION** **1001 E. 7TH ST #C** **LOS ANGELES, CA 90021** | - | | | | | | | 38,910.70 |
| Account No. | | | | | | | | |
| **CIRRO ENERGY DALLAS TEXAS** **PO BOX 700608** **DALLAS, TX 75370-0608** | - | | | | | | | 1,545.29 |

Sheet no. __12__ of __60__ sheets attached to Schedule of                                Subtotal                | 968,116.19 |
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                                                     ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CITY LIGHTING PRODUCTS DENVER 7104 SOUTH DILLION CT. ENGLEWOOD, CO 80112-4233** | - | | | | | | 3,277.15 |
| Account No. **CITY OF TUCSON 255 W. ALAMEDA TUCSON, AZ 85701** | - | | | | | | 40.00 |
| Account No. **CITY OF VERNON 4305 SANTA FE AVE. VERNON, CA 90058** | - | | | | | | 8,558.21 |
| Account No. **CLEAR CREEK ISD TAX OFFICE PO BOX 650395 DALLAS, TX 75265-0395** | - | | | | | | 2,354.58 |
| Account No. **CODIGO 1100 S. SAN PEDRO ST., SUITE C8 LOS ANGELES, CA 90015** | - | | | | | | 72,756.50 |

Sheet no. __13__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            86,986.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                        ,       Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**COLOR BOX, INC DBA DIVA**<br>**1100 S. SAN PEDRO STREET, C-10**<br>**LOS ANGELES, CA 90015** | - | | | | | | **12,358.00** |
| Account No.<br><br>**CORRA TECHNOLOGY, INC**<br>**363 BLOOMFIELD AVE, SUITE 3C**<br>**MONTCLAIR, NJ 7042** | - | | | | | | **72,927.50** |
| Account No.<br><br>**COSTAR INTERNATIONAL ENT, INC**<br>**2200 E. 27TH ST**<br>**VERNON, CA 90058** | - | | | | | | **33,309.99** |
| Account No.<br><br>**COTFAB**<br>**A-170-172, SUBHASH NAGAR**<br>**SHOPPING (**<br>**JAIPUR - 302 016 INDIA** | - | | | | | | **0.00** |
| Account No.<br><br>**COUNTY OF MONTGOMERY JR**<br>**MOORE JR**<br>**400 N. SAN JACINTO STREET**<br>**CONROE, TX 77301** | - | | | | | | **3,590.36** |

Sheet no. __**14**__ of __**60**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal<br>(Total of this page)     **122,185.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                         ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CPS ENERGY**<br>**P.O. BOX 2678**<br>**SAN ANTONIO, TX 78289-0001** | - | | | | | | 706.85 |
| Account No. | | | | | | | |
| **CT CORPORATION**<br>**2875 MICHELLE DRIVE, SUITE 100**<br>**IRVINE, CA 92606** | - | | | | | | 284.00 |
| Account No. | | | | | | | |
| **CULLIGAN OF SANTA ANA**<br>**502 S LYON ST**<br>**SANTA ANA, CA 92701** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **CyberCoders**<br>**File #54318**<br>**Los Angeles, CA 90074-4318** | - | | | | | | 15,600.00 |
| Account No. | | | | | | | |
| **CyberSource Corporation**<br>**P.O. Box 742842**<br>**Los Angeles, CA 90074** | - | | | | | | 6,535.00 |

Sheet no. __15__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     23,125.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                      ,    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CYRUS JM  CORP** **29 W. 30TH STT, 4TH FLOOR** **NEW YORK, NY 10001** | | - | | | | | | 11,112.00 |
| Account No. | | | | | | | | |
| **DAISY** **1100 SL. SAN PEDRO ST. #E-1** **LOS ANGELES, CA 90015** | | - | | | | | | 52,849.00 |
| Account No. | | | | | | | | |
| **Daniel Kincaid Photography** **1144 San Rafael Avenue, Unit C** **Glendale, CA 91203** | | - | | | | | | 5,450.00 |
| Account No. | | | | | | | | |
| **Darrell Kinsley** **1633 Tyler Drive** **Fullerton, CA 92835** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **DAVIDA FASHION** **1015 S. Crocker St #Q20** **Los Angeles, CA 90021** | | - | | | | | | 53,992.00 |

Sheet no. __16__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    123,403.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**_____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **DEBUT** **1015 S. CROCKER ST. Q14** **LOS ANGELES, CA 90021** | - | | | | | | | 236,201.50 |
| Account No. | | | | | | | | |
| **Demandware, Inc** **5 Wall Street** **Burlington, MA 18303** | - | | | | | | | 10,300.00 |
| Account No. | | | | | | | | |
| **DIVA USA** **1100 S. SAN PEDRO ST. #C-12** **LOS ANGELES, CA 90015** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **DLA PIPER LLP** **203 NORTH LASALLE ST., STE 1900** **CHICAGO, IL 60601** | - | | | | | | | 124,614.60 |
| Account No. | | | | | | | | |
| **DMX, INC.** **PO BOX 660557** **DALLAS, TX 75266-0557** | - | | | | | | | 5,688.72 |

Sheet no. __17__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

376,804.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DONG FANG QIU YUN, INC DBA ANABEL C** <br> **1100 SAN PEDRO ST #H2** <br> **LOS ANGELES, CA 90015** | - | | | | | | 130,532.55 |
| Account No. <br><br> **DREAMER ENTERPRISE, INC** <br> **1585 RIO VISTA AVE.** <br> **LOS ANGELES, CA 90023** | - | | | | | | 1,656.00 |
| Account No. <br><br> **DTE TRADING,INC /HOT BECH / VIVA US** <br> **1142 S. WALL STREET #102** <br> **LOS ANGELES, CA 90015** | - | | | | | | 14,474.50 |
| Account No. <br><br> **DUTCH ELECTROGUARD PVT, LTD** <br> **PLOT NO.63, SECTOR-18, GURGAON** <br> **91-124-4751900, HARYANA** | - | | | | | | 0.00 |
| Account No. <br><br> **DYNAMIC DESIGNS** <br> **Plot No.417, Pace City II Sector -3** <br> **Haryana, India** | - | | | | | | 0.00 |

Sheet no. __18__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    146,663.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **EAST LION CORP** **18525 RAILROAD ST.** **CITY OF INDUSTRY, CA 91748** | - | | | | | | 31,201.08 |
| Account No. | | | | | | | |
| **ELITE CREATIONS UK, LTD** **UNIT 8, THE COURTYARD, 100 VILLIERS** **LONDON** **UNITED KINGDOM   NW2 5PL** | - | | | | | | 11,036.40 |
| Account No. | | | | | | | |
| **ELMAH & ETHAN, LTD** **PANTHAPATH LINK ROAD,KAWRANBAZAR** **DHAKA Bangladesh** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **ENLIN FASHION INC** **735 E. 12TH STREET, UNIT 111** **LOS ANGELES, CA 90012** | - | | | | | | 119,131.10 |
| Account No. | | | | | | | |
| **ENTERGY** **PO BOX 8104** **BATON ROUGE, LA 70891-8104** | - | | | | | | 122.49 |

Sheet no. __19__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

161,491.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                    ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **EVENT DBA ESKA, INC** **750-1 E. 12TH ST.** **LOS ANGELES, CA 90021** | - | | | | | | | 154,988.75 |
| Account No. | | | | | | | | |
| **FANTAS EYES, INC** **385 5TH AVE** **NEW YORK, NY 10016** | - | | | | | | | 5,472.00 |
| Account No. | | | | | | | | |
| **FASHION AI** **1175 CROCKER ST.** **LOS ANGELES, CA 90021** | - | | | | | | | 8,178.50 |
| Account No. | | | | | | | | |
| **FASHION DISTRIBUTION CENTER, INC** **1791 E. MARTIN LUTHER KING JR. BLVD** **LOS ANGELES, CA 90058** | - | | | | | | | 37,404.50 |
| Account No. | | | | | | | | |
| **FB ACCESSORIES, INC** **2828 LEONIS BLVD.** **VERNON, CA 90058** | - | | | | | | | 31,277.73 |

Sheet no. __20__ of __60__ sheets attached to Schedule of                                  Subtotal        237,321.48
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                                    ,    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **FedEx** **P.O. BOX 7221** **PASADENA, CA 91109-7321** | - | | | | | | | 31,240.79 |
| Account No. | | | | | | | | |
| **FIESTA COLLECTION, INC** **1261 BROADWAY, #810** **NEW YORK, NY 10001** | - | | | | | | | 28,799.40 |
| Account No. | | | | | | | | |
| **FINEMAN WEST & CO LLP** **801 S Figueroa St, Suite 1000** **LOS ANGELES, CA 90017** | - | | | | | | | 23,175.00 |
| Account No. | | | | | | | | |
| **FINESSE NOVELTY CORP** **2 CHANNEL DRIVE SUITE 200 2ND FLOOR** **PORT WASHINGTON, NY 11050** | - | | | | | | | 8,619.55 |
| Account No. | | | | | | | | |
| **FIRST LOOK** **721 E. 12TH STREET #1** **LOS ANGELES, CA 90021** | - | | | | | | | 53,676.25 |

Sheet no. __21__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 145,510.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FORD GLORY, INC** <br> **147 W 35TH ST. #1603** <br> **NEW YORK, NY 10001** | - | | | | | | 44,032.40 |
| Account No. <br><br> **FOSTER QUAN LLP** <br> **600 TRAVIS STREET, SUITE#200** <br> **HOUSTON, TX 77002** | - | | | | | | 4,500.00 |
| Account No. <br><br> **G & H TEXTILES TRADING, INC** <br> **1988 CAMFIELD AVE** <br> **LOS ANGELES, CA 90040** | - | | | | | | 180,843.25 |
| Account No. <br><br> **GALE TRIANGLE** <br> **11204 NORWALK BLVD** <br> **SANTA FE SPRINGS, CA 90670** | - | | | | | | 88.14 |
| Account No. <br><br> **GAROTA, INC** <br> **1188 S. SAN PEDRO, UNITE S** <br> **LOS ANGELES, CA 90015** | - | | | | | | 68,698.25 |

Sheet no. __22__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **298,162.04**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                              ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GAZE USA, INC 1665 MATEO STREET LOS ANGELES, CA 90021 | - | | | | | | | 33,975.25 |
| Account No. | | | | | | | | |
| GGC ACCESSORY, INC DBA PRINCESS ACC 3100 BANDINI BLVD. VERNON, CA 90058 | - | | | | | | | 36,009.60 |
| Account No. | | | | | | | | |
| GGP - Homart II  LLC. PO BOX 86 Minneapolis, MN 55486-1851 | - | | | | | | | 301.29 |
| Account No. | | | | | | | | |
| Glendale I Mall Associates, LLC P.O. Box 860116 Minneapolis, MN 55486-0116 | - | | | | | | | 8,865.00 |
| Account No. | | | | | | | | |
| GLOBAL CLOTHING NETWORK, INC DBA OV 120 BRIGHTON ROAD, UNIT 3 Clifton, NJ 07012 | - | | | | | | | 8,529.00 |

Sheet no. __23__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **87,680.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| GOLDEN WEST FOOTWEAR, INC 16750 CHESTNUT ST. CITY OF INDUSTRY, CA 91748 | - | | | | | | 10,131.00 |
| Account No. | | | | | | | |
| GOOD MORNING JEWELRY CORPORATION 39 W. 29TH STREE, FL 2 NEW YORK, NY 10001 | - | | | | | | 6,074.76 |
| Account No. | | | | | | | |
| HAVE FASHION, INC 3360 E. PICO BLVD LOS ANGELES, CA 90023 | - | | | | | | 14,457.00 |
| Account No. | | | | | | | |
| HD FASHION 942 TOWNE AVE #101 LOS ANGELES, CA 90021 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| HERMANOS KAYBEE(HK), LTD UNIT10,1/F.SILVERCORD,30 CANTON RD TSIMSHATSUI KOWLO HONG KONG | - | | | | | | 0.00 |

Sheet no. __24__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,662.76

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                                                     ,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **HIDALGO COUNTY TAX ASSESSOR-COLLECT 2804 U.S 281 EDINBURG, TX 78539** | - | | | | | | | 13,597.92 |
| Account No. | | | | | | | | |
| **HIGH HOPE INT'L GROUP JIAGSU NATIVE Room 711, No. 91 Baxia Road NANJING 210001** | - | | | | | | | 0.75 |
| Account No. | | | | | | | | |
| **IFRANCHISE GROUP 905 W. 17TH STREET, 2ND FLOOR HOMEWOOD, IL 60430** | - | | | | | | | 16,650.00 |
| Account No. | | | | | | | | |
| **IMAGINE 1045 TOWNE AVE. LOS ANGELES, CA 90021** | - | | | | | | | 38,941.75 |
| Account No. | | | | | | | | |
| **INFO-TECH RESEARCH GROUP 602 QUEENS AVENUE TORONTO ONTARIO CANADA** | - | | | | | | | 12,800.00 |

Sheet no. __25__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **81,990.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                              ,      Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**INTERI, INC**<br>**1169 CROCKER ST.**<br>**LOS ANGELES, CA 90021** | - | | | | | | 172,201.20 |
| Account No.<br><br>**INTERNATIONAL INSPIRATIONS LTD**<br>**362 FIFTH AVENUE SIXTH FLOOR**<br>**NEW YORK, NY 10001** | - | | | | | | 187,358.70 |
| Account No.<br><br>**INTERNATIONAL SILVER**<br>**35 WEST 31ST STREET SUITE 1103**<br>**NEW YORK, NY 10001** | - | | | | | | 960.00 |
| Account No.<br><br>**INTOUCH FOOTWEAR, INC**<br>**1100 S.  HATCHER AVE STE C**<br>**CITY OF INDUSTRY, CA 91748** | - | | | | | | 13,800.60 |
| Account No.<br><br>**INTRACO INC dba SOMETHING SPECIAL**<br>**6333 CORSAIR STREET**<br>**COMMERCE, CA 90040** | - | | | | | | 16,228.00 |

Sheet no. __26__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal<br>(Total of this page)        **390,548.50**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**
_____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Iron Mountain Inc. PO Box 601002 Pasadena, CA 91189-1002 | - | | | | | | | 53.60 |
| Account No. | | | | | | | | |
| IT CLOSET 3335 E. PICL BLVD LOS ANGELES, CA 90023 | - | | | | | | | 27,116.00 |
| Account No. | | | | | | | | |
| ITSME JEAN, INC DBA I & M JEANS USA 1100 S. SAN PEDRO ST. #L-1 LOS ANGELES, CA 90015 | - | | | | | | | 35,109.55 |
| Account No. | | | | | | | | |
| IVY DBA BLUE MINT 1105 TOWNE AVE SUITE #4 LOS ANGELES, CA 90021 | - | | | | | | | 307,354.80 |
| Account No. | | | | | | | | |
| J Cat Beauty Enterprise LLC 10031 Pioneer Blvd. Santa Fe Springs, CA 90670 | - | | | | | | | 6,134.40 |

Sheet no. __27__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

375,768.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC** _____ ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**J P ORIGINAL CORP**<br>**19101 E. WALNUT DR. NORTH**<br>**CITY OF INDUSTRY, CA 91748** | - | | | | | | 12,414.60 |
| Account No.<br><br>**JACARANDA CLOTHING, INC**<br>**732 E. 10TH ST #102**<br>**LOS ANGELES, CA 90021** | - | | | | | | 14,068.50 |
| Account No.<br><br>**JACOB SUPPLIES, INC DBA HEART AND H**<br>**2424 E. 26TH STREET**<br>**VERNON, CA 90058** | - | | | | | | 64,118.03 |
| Account No.<br><br>**JAN-PRO CLEANING SYSTEMS**<br>**15810 PARK TEN PLACE SUITE#135**<br>**HOUSTON, TX 77084** | - | | | | | | 0.00 |
| Account No.<br><br>**JANICE FASHION, INC**<br>**1015 S. CROCKER ST. #Q-13**<br>**LOS ANGELES, CA 90021** | - | | | | | | 57,124.00 |

Sheet no. __28__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)      **147,725.13**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JASKA BUILDING SYSTEMS 9155 ARCHIBALD AVE., SUITE 902 RANCHO CUCAMONGO, CA 91730** | - | | | | | | 4,635.00 |
| Account No. **JAYMY, INC DBA PINKLICIOUS 807 E. 12TH STREET, #132 LOS ANGELES, CA 90021** | - | | | | | | 23,191.30 |
| Account No. **JESCO FOOTWEAR GROUP INC 37 WEST 37TH STREE SUITE 301 NEW YORK, NY 10018** | - | | | | | | 37,293.00 |
| Account No. **JOIA TRADING, INC 1020 S. CROCKER ST. LOS ANGELES, CA 90021** | - | | | | | | 5,771.10 |
| Account No. **KATIA FASHION CORP DBA INA FASHION 758 E. 14TH ST, 1ST FL LOS ANGELES, CA 90021** | - | | | | | | 38,391.25 |

Sheet no. __29__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,281.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**
_____,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **KC EXCLUSIVE, INC DBA ZENANA** <br> **1100 S. SAN PEDRO ST. #M10** <br> **LOS ANGELES, CA 90015** | - | | | | | | | 586,213.40 |
| Account No. <br><br> **KETER ENVIROMENTAL SERVICES, INC.** <br> **1177 HIGH RIDGE ROAD** <br> **STAMFORD, CT 6905** | - | | | | | | | 2,362.05 |
| Account No. <br><br> **KIMERA INTERNATIONAL, INC** <br> **827 LAWSON ST.** <br> **CITY OF INDUSTRY, CA 91748** | - | | | | | | | 1,876.80 |
| Account No. <br><br> **KUEHNE + NAGEL** <br> **PO BOX 894095** <br> **LOS ANGELES, CA 90189** | - | | | | | | | 16,121.04 |
| Account No. <br><br> **L.A. Carton** <br> **5100 South Santa Fe Avenue** <br> **Los Angeles, CA 90058** | - | | | | | | | 2,536.44 |

Sheet no. __30__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    609,109.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC** _____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **L.A. PAYTON, TAX ASSESSOR-COLLECTOR P.O. BOX 19037 HOUSTON, TX 77224** | - | | | | | | | 4,248.72 |
| Account No. | | | | | | | | |
| **LA DOUBLE 7 INC 13825 BENSON AVENUE CHINO, CA 91710** | - | | | | | | | 25,321.32 |
| Account No. | | | | | | | | |
| **LAURA A. LAUTERIO 1811 WHITLEY AVENUE #301 LOS ANGELES, CA 90028** | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| **LEGEND FOOTWEAR, INC 19445 E. WALNUT DRIVE NORTH CITY OF INDUSTRY, CA 91789** | - | | | | | | | 35,339.25 |
| Account No. | | | | | | | | |
| **LINE UP 1039 E. TOWNE AVE. LOS ANGELES, CA 90021** | - | | | | | | | 385,910.00 |

Sheet no. __31__ of __60__ sheets attached to Schedule of       Subtotal       451,319.29
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Listrak, Inc. 529 E. Main Street Lititz, PA 17543 | - | | | | | | | 12,790.00 |
| Account No. | | | | | | | | |
| Lora Lee Bell Dba Paradise Balloon 11700 Buffington Street Bakersfield, CA 93312 | - | | | | | | | 306.38 |
| Account No. | | | | | | | | |
| LOVE & LOVE FASHION GROUP, INC 740 E. PICE BLVD, #115 LOS ANGELES, CA 90021 | - | | | | | | | 25,941.00 |
| Account No. | | | | | | | | |
| LOVE REPUBLIC 732 E. 10TH ST. STE #106 LOS ANGELES, CA 90021 | - | | | | | | | 668,186.35 |
| Account No. | | | | | | | | |
| LOVELY DAY FASHION 1015 S. CROCKER ST. #S03 LOS ANGELES, CA 90021 | - | | | | | | | 181,956.37 |

Sheet no. __32__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        889,180.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                          ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **LS RETAIL ICELAND** | | - | | | | | 7,575.00 |
| Account No. | | | | | | | |
| **LUCENT PRODUCT, INC DBA LUNETTE EYE 5515 DANIELS STREET CHINO, CA 91710** | | - | | | | | 102,507.34 |
| Account No. | | | | | | | |
| **LUVDEL KNIT TRIMMING 5633 S. MAIN ST LOS ANGELES, CA 90037** | | - | | | | | 37,316.00 |
| Account No. | | | | | | | |
| **M.B. Epstein Construction Californi 990 E. 17th Street, Suite 106 Tucson, AZ 85179** | | - | | | | | 320,783.90 |
| Account No. | | | | | | | |
| **MA'AM ARTS G1-51, SITAPURA INDUSTRIAL AREA JAIPUR-302022 INDIA** | | - | | | | | 0.00 |

Sheet no. __33__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **468,182.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mach1 Global Services, Inc** <br>**1530 E Broadway** <br>**Tempe, AZ 85282** | | - | | | | | 0.00 |
| Account No. <br><br>**MANAGEMENT RECRUITERS** <br>**11611 N MERIDIAN STREET, SUITE 650** <br>**CARMEL, IN 46032** | | - | | | | | 6,500.00 |
| Account No. <br><br>**MAYLAND, INC** <br>**VERNON, CA 90058** | | - | | | | | 3,534.00 |
| Account No. <br><br>**MB DESIGN, INC  DBA MICHEL** <br>**727 E. PICO BLVD, STE 7** <br>**LOS ANGELES, CA 90021** | | - | | | | | 30,846.75 |
| Account No. <br><br>**MC CARGO GROUP INC** <br>**783 E. PICO BLVD.** <br>**LOS ANGELES, CA 90021** | | - | | | | | 2,427.40 |

Sheet no. __**34**__ of __**60**__ sheets attached to Schedule of          Subtotal          43,308.15
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MCGINN USA, INC DBA PLASTIC ISLAND** <br> **807 MATEO ST** <br> **LOS ANGELES, CA 90021** | - | | | | | | 641,478.87 |
| Account No. <br><br> **ME IN CORPORATION dba COLOR SWATCH** <br> **1015 S. CROCKER ST #Q26A** <br> **LOS ANGELES, CA 90021** | - | | | | | | 70,492.95 |
| Account No. <br><br> **MEMORIAL CITY MALL** <br> **PO BOX 200256** <br> **DALLAS, TX 75240** | - | | | | | | 0.00 |
| Account No. <br><br> **MEZZANINE USA** <br> **1015 S. CROCKER ST, R29** <br> **LOS ANGELES, CA 90021** | - | | | | | | 97,566.25 |
| Account No. <br><br> **MI IN FASHION, INC** <br> **1001 TOWNE AVE #108** <br> **LOS ANGELES, CA 90021** | - | | | | | | 132,805.45 |

Sheet no. __**35**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **942,343.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MICHELLE** <br> **1100 S. SAN PEDRO ST. A-2** <br> **LOS ANGELES, CA 90015** | - | | | | | | 11,749.40 |
| Account No. <br><br> **MIJU INTERNATIONAL** <br> **3131 BANDINI BVLD** <br> **VERNON, CA 90058** | - | | | | | | 16,203.65 |
| Account No. <br><br> **MIKE SULLIVAN TAX** <br> **ASSESSOR-COLLECTO** <br> **P.O BOX 3547** <br> **HOUSTON, TX 77024** | - | | | | | | 8,848.97 |
| Account No. <br><br> **MIKYE APPAREL, INC** <br> **750 E.14TH ST  #109** <br> **LOS ANGELES, CA 90021** | - | | | | | | 315,951.45 |
| Account No. <br><br> **MINETTE APPAREL** <br> **561 MATEO ST.** <br> **LOS ANGELES, CA 90013** | - | | | | | | 52,061.00 |

Sheet no. __**36**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

404,814.47

B6F (Official Form 6F) (12/07) - Cont.

In re __Shasa USA LLC_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Minty** **721 East 12th St, Unit #6** **Los Angeles, CA 90021** | - | | | | | | | 2,304.00 |
| Account No. | | | | | | | | |
| **MISOPE DBA I JOAH** **1100 S. SAN PEDRO ST #A7** **LOS ANGELES, CA 90015** | - | | | | | | | 9,768.63 |
| Account No. | | | | | | | | |
| **Model Two Management, LLC** **8899 Beverly Blvd., #507** **Los Angeles, CA 90048** | - | | | | | | | 3,600.00 |
| Account No. | | | | | | | | |
| **MODERN BRIDGE INTERNATIONAL CO, LTD** **ROOM 1012A, PARKVIEW SQUARE, NO. 96** **960 JIE FANG BEI ROAD** **GUANGZHOU 510030** | - | | | | | | | 891.00 |
| Account No. | | | | | | | | |
| **MON AMI** **734 E. 12 TH STREET UNIT #A** **LOS ANGELES, CA 90021** | - | | | | | | | 101,991.40 |

Sheet no. __37__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    118,555.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MOON COLLECTION, INC** <br> **1635 E. 23RD STREET** <br> **LOS ANGELES, CA 90015** | - | | | | | | 22,380.00 |
| Account No. <br><br> Motive Enterprises, Inc. <br> 1834 E. 22nd Street <br> Los Angeles, CA 90058 | - | | | | | | 207,594.60 |
| Account No. <br><br> **MUST HAVE, INC DBA DANBEE** <br> **1016 TOWNE AVE #122** <br> **LOS ANGELES, CA 90021** | - | | | | | | 32,059.00 |
| Account No. <br><br> Mystery Researchers, LLC <br> 1718 Peachtree Street NW, Suite 550 <br> Atlanta, GA 30309 | - | | | | | | 2,676.23 |
| Account No. <br><br> **NABI TRADING INC** <br> **3121 BANDINI BLVD** <br> **VERNON, CA 90058** | - | | | | | | 3,831.84 |

Sheet no. __38__ of __60__ sheets attached to Schedule of                              Subtotal                      | 268,541.67
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC** _____,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NATIONWIDE** <br>**5202 SHADOWBEND DRIVE, STE#101** <br>**THE WOODLANDS, TX 77381** | - | | | | | | 7,836.28 |
| Account No. <br><br>**NOBLE U** <br>**1015 S. CROCKER ST. #R-21** <br>**LOS ANGELES, CA 90021** | - | | | | | | 150,865.02 |
| Account No. <br><br>**NORTHSTAR MALL LLC** <br>**PO Box 86** <br>**Mnneapolis, MN 55486-2770** | - | | | | | | 0.00 |
| Account No. <br><br>**Nova, Inc.** <br>**362 5th Ave. #101** <br>**New York, NY 10001** | - | | | | | | 24,799.20 |
| Account No. <br><br>**NURI IMPORT, INC** <br>**1219 S. LOS ANGELES ST** <br>**LOS ANGELES, CA 90015** | - | | | | | | 13,957.12 |

Sheet no. __**39**__ of __**60**__ sheets attached to Schedule of                Subtotal              | 197,457.62 |
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ODES/ODIN COMMISSION** <br> **1239 BROADWAY, ROOM 603** <br> **NEW YORK, NY 10001** | - | | | | | | 124,714.59 |
| Account No. <br><br> **ODIN** <br> **1239 BROADWAY #603** <br> **NEW YORK, NY 10001** | - | | | | | | 22,452.12 |
| Account No. <br><br> **OFFICE DEPOT** <br> **6446 TELEGRAPH ROAD** <br> **COMMERCE, CA 90040** | - | | | | | | 172.21 |
| Account No. <br><br> **OH MY JULIAN, INC** <br> **1100 S. SAN PEDRO STREET, #D8** <br> **LOS ANGELES, CA 90015** | - | | | | | | 89,301.45 |
| Account No. <br><br> **OHL - INTERNATIONAL** <br> **62216 COLLECTIONS CENTER DRIVE** <br> **CHICAGO, IL 60693-6221** | - | | | | | | 12,960.55 |

Sheet no. __40__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

249,600.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                    ,  Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **OPPO ORIGINAL CORP** <br> **108-118 BREA CANYON RD** <br> **CITY OF INDUSTRY, CA 91789** | - | | | | | | 45,343.00 |
| Account No. <br><br> **PARKS AT ARLINGTON LLC** <br> **SDS 12-2881 PO BOX 86** <br> **Minneapolis, MN 55486-2881** | - | | | | | | 0.00 |
| Account No. <br><br> **Partnership, LLC** <br> **500 East Lorain Street** <br> **Oberlin, OH 44074** | - | | | | | | 326.46 |
| Account No. <br><br> **Pima County Treasurer** <br> **PO BOX 29011** <br> **Phoenix, AZ 85038-9011** | - | | | | | | 4,853.61 |
| Account No. <br><br> **PINK USA JEWLERY, INC** <br> **1458 S. SAN PEDRO ST #310** <br> **LOS ANGELES, CA 90015** | - | | | | | | 31,661.20 |

Sheet no. __41__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,184.27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                           ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **PLANET B 860 S. LOS ANGELES STREET LOS ANGELES, CA 90020** | - | | | | | | | 51,908.25 |
| Account No. | | | | | | | | |
| **POL CLOTHING INC 735 EAST 12TH ST LOS ANGELES, CA 90021** | - | | | | | | | 218,864.01 |
| Account No. | | | | | | | | |
| **PPF Industrial 2825 S. Santa Fe Ave P.O. Box 101317 Pasadena, CA 91189-1317** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **PURE BLUE CORPORATE 747 EAST 10ST UNIT 115 A LOS ANGELES, CA 90021** | - | | | | | | | 26,468.00 |
| Account No. | | | | | | | | |
| **QINGDAO FINETEX IMPORTS & EXPORTS C RM 303, BUILDING 4. NO. 19 FUZHOUNA SHINAN DISTRICT QINGDAO** | - | | | | | | | 5,860.80 |

Sheet no. __42__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              303,101.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC** _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| RACHEL KATE DBA RNK PRODUCTION, INC 807 E. 12TH ST. #105 LOS ANGELES, CA 90021 | - | | | | | | | 184,660.75 |
| Account No. | | | | | | | | |
| REALPLAY CORP DBA RIPLAY 18856 SAN JOSE AVE. CITY OF INDUSTRY, CA 91748 | - | | | | | | | 7,536.00 |
| Account No. | | | | | | | | |
| RED CIRCLE FOOTWEAR, INC 17910 E. AJAX CIRCLE CITY OF INDUSTRY, CA 91748 | - | | | | | | | 94,044.08 |
| Account No. | | | | | | | | |
| REGGIANI LIGHTING USA INC 372 STARKE ROAD Carlstadt, NJ 07072 | - | | | | | | | 1,964.00 |
| Account No. | | | | | | | | |
| Reyenne Parish 2208 Dean Avenue Bakersfield, CA 93312 | - | | | | | | | 4,587.22 |

Sheet no. __43__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          292,792.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **RJ IMPORTS 1350 S. BROADWAY LOS ANGELES, CA 90015** | - | | | | | | | 52,934.52 |
| Account No. | | | | | | | | |
| **ROBYN G ACCESSORIES 389 FIFTH AVE SUITE 1012 NEW YORK, NY 10028** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **RON WRIGHT TARRANT COUNTY TAX ASSES 100 E. WEATHERFORD FORT WORTH, TX 76196** | - | | | | | | | 42,912.79 |
| Account No. | | | | | | | | |
| **RUTAN & TUCKER, LLP 611 ANTON BLVD. SUITE#1400 COSTA MESA, CA 92628-1950** | - | | | | | | | 12,446.02 |
| Account No. | | | | | | | | |
| **S & J FIRST TRADING, INC 1300 S. SAN PEDRO ST. #102 LOS ANGELES, CA 90015** | - | | | | | | | 13,887.00 |

Sheet no. __44__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

122,180.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                          , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| S & P TRADING, INC 906 E. PICO BLVD. LOS ANGELES, CA 90021 | - | | | | | | 51,385.00 |
| Account No. | | | | | | | |
| SAN JULIAN FASHION 770 E. 12TH ST. #3 LOS ANGELES, CA 90021 | - | | | | | | 70,066.50 |
| Account No. | | | | | | | |
| SASSY APPAREL, INC DBA AVAILABLE 800 E. 12TH STREET. # 102 LOS ANGELES, CA 90021 | - | | | | | | 228,523.25 |
| Account No. | | | | | | | |
| SEGURU FASHION JEWLRY CORP 34 W. 32ND STREET 11TH FL NEW YORK, NY 10001 | - | | | | | | 4,437.75 |
| Account No. | | | Fixed Asset Invoice Subject to setoff. | | | | |
| Servicios Shasa, S. De R.L. De C.V. Boulevard Aeropuerto Miguel Aleman 11 Rancho El Rosario Lerman De Villada Mexico Estado De Mexico, C.P., IA 52000 | - | | | | | | 802,534.07 |

Sheet no. __45__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,156,946.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Shasa USA LLC**                                                  ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| **Servicios Shasa, S. De R.L. De C.V. Boulevard Aeropuerto Miguel Aleman 11 Rancho El Rosario Lerman De Villada Mexico Estado De Mexico, C.P., IA 52000** | - | | | | | | 3,628,960.89 |
| Account No. | | | Interest | | | | |
| **Servicios Shasa, S. De R.L. De C.V. Boulevard Aeropuerto Miguel Aleman 11 Rancho El Rosario Lerman De Villada Mexico Estado De Mexico, C.P., IA 52000** | - | | | | | | 194,003.49 |
| Account No. | | | Factoring | | | | |
| **Servicios Shasa, S. De R.L. De C.V. Boulevard Aeropuerto Miguel Aleman 11 Rancho El Rosario Lerman De Villada Mexico Estado De Mexico, C.P., IA 52000** | - | | | | | | 548,489.00 |
| Account No. | | | | | | | |
| **SHALOM INTERNATIONAL 1050 A.BOY AVE SUITE 1 PERTH AMBOY, NJ 8861** | - | | | | | | 103,540.90 |
| Account No. | | | | | | | |
| **SHANGHAI JINGTONG INT'L TRADING CO, 5TH FL, XING BUILDING, NO.1 HE NAN SHANGHAI** | - | | | | | | 662,276.71 |

Sheet no. __46__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,137,270.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**         ,    Case No. _____
                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SHINHWA CORP DBA QINGDAO SHINHWA HO 2100 S. HILL STREET LOS ANGELES, CA 90007** | - | | | | | | 301,589.40 |
| Account No. <br><br>**SHOE DYNASTY, INC 18058 ROWLAND ST CITY OF INDUSTRY, CA 91748** | - | | | | | | 16,431.00 |
| Account No. <br><br>**SHOE MAGNATE, INC 18560 E. SAN JOSE AVE. CITY OF INDUSTRY, CA 91748** | - | | | | | | 234,745.70 |
| Account No. <br><br>**SIMONGLOVER, INC. 3293 PACIFIC AVE. LONG BEACH, CA 90807** | - | | | | | | 8,354.24 |
| Account No. <br><br>**SKD PACIFIC, LTD 3C FREDER CENTRE 3 MOK CHEONG STREET TOKWAWAN HONG KONG** | - | | | | | | 437.10 |

Sheet no. __47__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page) **561,557.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**
_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SMAC FOOTWEAR DIVISION 17559 ROWLAND STREET CITY OF INDUSTRY, CA 91748 | - | | | | | | | 7,620.00 |
| Account No. | | | | | | | | |
| SML STYLE USA 110 East 9th Street, Suite A1263 Los Angeles, CA 90079 | - | | | | | | | 74,009.95 |
| Account No. | | | | | | | | |
| SO BEAUTIFUL, INC 783 E. PICO BLVD LOS ANGELES, CA 90021 | - | | | | | | | 21,964.70 |
| Account No. | | | | | | | | |
| SOCIETY FOR HUMAN RESOURCE MANAGEME P.O. BOX 791139 BALTIMORE, MD 21279-1139 | - | | | | | | | 190.00 |
| Account No. | | | | | | | | |
| SOLO LA FE 1194 CROCKER ST. LOS ANGELES, CA 90021 | - | | | | | | | 1,000.00 |

Sheet no. __48__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

104,784.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                                                      ,       Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SOUL FLOWER SA DE CV** <br> **HIDALGO 811-A COL. ARTESANOS** <br> **GUADALAJARA** <br> **JALISCO MEXICO** | - | | | | | | | 0.00 |
| Account No. <br><br> **Southwest Signs & Graphics** <br> **8992 Preston Road, Suite 110** <br> **TACL 18511** <br> **Frisco, TX 75034** | - | | | | | | | 1,792.50 |
| Account No. <br><br> **SOUTHWESTSIGNS** <br> **7208 SWW WHITE ROAD** <br> **SAN ANTONIO, TX 78222-5204** | - | | | | | | | 26,698.07 |
| Account No. <br><br> **SSONAGI** <br> **807 E. 12TH ST.,STE #103** <br> **LOS ANGELES, CA 90021** | - | | | | | | | 21,026.75 |
| Account No. <br><br> **Stanley Converge Security Solutions** <br> **Dept CH 10651** <br> **Palatine, IL 60055** | - | | | | | | | 62.02 |

Sheet no. __49__ of __60__ sheets attached to Schedule of                                 Subtotal                    49,579.34
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                 ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **STAPLES** PO BOX 83689 CHICAGO, IL 60696-3689 | | - | | | | | 16,540.51 |
| Account No. **State Tax Advisors, LP** 1308 Kingwood Drive, Suite 102 Kingwood, TX 77339 | | - | | | | | 562.50 |
| Account No. **Statement Accessories LLC** 10 West 33rd Street Suite 715 New York, NY 10001 | | - | | | | | 7,639.50 |
| Account No. **STYLE MELODY, INC** 1053 S. TOWNE AVE. LOS ANGELES, CA 90021 | | - | | | | | 23,360.00 |
| Account No. **SUN'S TRADING COF** 2345 S. SANTA FE AVE. LOS ANGELES, CA 90058 | | - | | | | | 4,189.73 |

Sheet no. __50__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        52,292.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SWOON-GLOBALONE LA TRADING, LTD 1100 S. SAN PEDRO ST  #K1 LOS ANGELES, CA 90015 | - | | | | | | 253,431.40 |
| Account No. | | | | | | | |
| TECH EXCEL 3675 MT. DIABLO BLVD,   SUITE#200 LAFAYETTE, CA 94549 | - | | | | | | 3,910.02 |
| Account No. | | | | | | | |
| teen bell 110 East 9th Street, Suite A1263 Los Angeles, CA 90079 | - | | | | | | 16,539.20 |
| Account No. | | | | | | | |
| TEENBELL 1100 S. SAN PEDRO ST. #N-2 LOS ANGELES, CA 90015 | - | | | | | | 200,982.82 |
| Account No. | | | | | | | |
| THE CLASSIC DBA HAN CLOTHING 1202 S. MATEO ST LOS ANGELES, CA 90021 | - | | | | | | 0.00 |

Sheet no. __51__ of __60__ sheets attached to Schedule of                          Subtotal                | 474,863.44 |
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                    ,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| THE CLASSIC DBA HAN CLOTHING 1202 S. MATEO ST LOS ANGELES, CA 90021 | - | | | | | | | 89,309.50 |
| Account No. | | | | | | | | |
| The Creme Shop 819 S. Gladys Avenue Los Angeles, CA 90021 | - | | | | | | | 6,496.80 |
| Account No. | | | | | | | | |
| THE PAGE INC 1015 CROCKER ST, R37 LOS ANGELES, CA 90015 | - | | | | | | | 69,159.20 |
| Account No. | | | | | | | | |
| THE VINTAGE SHOP 1015 S. CROCKER ST #R17 LOS ANGELES, CA 90021 | - | | | | | | | 132,389.10 |
| Account No. | | | | | | | | |
| Thompson Coburn LLP 2029 Century Park East, 19th Floor Los Angeles, CA 90067 | - | | | | | | | 0.00 |

Sheet no. __52__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                        297,354.60
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                              ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TIMING, INC**<br>**2809 S. SANTA FE AVE.**<br>**VERNON, CA 90058** | - | | | | | | 483,680.60 |
| Account No.<br><br>**Titan Executive Search Partners, LL**<br>**212 Yacht Club Way, Suite A1**<br>**Redondo Beach, CA 90277** | - | | | | | | 36,000.00 |
| Account No.<br><br>**TOPSON DOWNS OF CALIFORNIA, INC**<br>**3840 WATSEKA AVE.**<br>**CULVER CITY, CA 90232** | - | | | | | | 0.00 |
| Account No.<br><br>**TOVIA, INC**<br>**1228 1/2 S. SAN PEDRO**<br>**LOS ANGELES, CA 90015** | - | | | | | | 168,326.55 |
| Account No.<br><br>**TRAC**<br>**1100 S. SAN PEDRO ST. UNIT N-09**<br>**LOS ANGELES, CA 90015** | - | | | | | | 213,914.20 |

Sheet no. __53__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

901,921.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                               ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | **Subject to setoff.** | | | | |
| **Trapco, S.A. De C.V.** **Boulevard Aueropuerto Miguel Aleman** **11 Rancho El Rosario** **Lerma De Villada** **Estado De Mexico, C.P., IA 52000** | - | | | | | | | | 19,068.80 |
| Account No. | | | | | | | | | |
| **TRAVIS COUNTY TAX OFFICE** **5501 AIRPORT BLVD.** **AUSTIN, TX 78751** | - | | | | | | | | 5,689.48 |
| Account No. | | | | | | | | | |
| **TRIUMPH/ JL CLOTHING INC** **743 E 12TH ST** **LOS ANGELES, CA 90021** | - | | | | | | | | 12,526.50 |
| Account No. | | | | | | | | | |
| **TUCKER ELLIS, LLP** **950 MAIN AVENUE** **CLEVELAND, OH 44113-7213** | - | | | | | | | | 4,987.50 |
| Account No. | | | | | | | | | |
| **TUCSON ELECTRIC POWER** **P.O. BOX 80077** **PRESCOTT, AZ 86304-8077** | - | | | | | | | | 1,673.37 |

Sheet no. **54** of **60** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal

                                             (Total of this page)     **43,945.65**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                    ,        Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Tyco Integrated Security** P.O. Box 371967 Pittsburg, PA 15250-7967 | - | | | | | | 216.45 |
| Account No. | | | | | | | |
| **TYCO INTEGRATED SECURITY SENSORMATI** P.O. BOX 371967 PITTSBURGH, PA 15250-7967 | - | | | | | | 16,633.94 |
| Account No. | | | | | | | |
| **TYCOONS ENTERPRISE GROUP, LLC DBA M** 7936 E. AJAX CIRCLE CITY OF INDUSTRY, CA 91748 | - | | | | | | 91,024.20 |
| Account No. | | | | | | | |
| **U & I IMPORT, INC** 7 WEST 30TH ST. NEW YORK, NY 10001 | - | | | | | | 4,482.00 |
| Account No. | | | | | | | |
| **UP FASHION** 1239 BROADWAY, SUITE #401 NEW YORK, NY 10001 | - | | | | | | 0.00 |

Sheet no. __55__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    112,356.59

B6F (Official Form 6F) (12/07) - Cont.

In re __Shasa USA LLC__ , Case No. _____
  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| URBAN MIX, INC 807 E. 12TH ST. #149 LOS ANGELES, CA 90021 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| VALLEY PLAZA MALL 2701 MING AVE BAKERSFIELD, CA 93304 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| VANILLA BAY DBA CHOU CHOU 800 E. 12TH ST. #106 LOS ANGELES, CA 90021 | - | | | | | | | 80,154.00 |
| Account No. | | | | | | | | |
| Versatile Rack Co. 5232 Alcoa Avenue Vernon, CA 90058 | - | | | | | | | 6,883.61 |
| Account No. | | | | | | | | |
| VIA VAI 762 E. 12TH ST. UNIT #2 LOS ANGELES, CA 90021 | - | | | | | | | 210,569.75 |

Sheet no. __56__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

297,607.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shasa USA LLC**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **VIDA CLOTHING** **726 E. 12TH ST STE #310** **LOS ANGELES, CA 90021** | - | | | | | | | 170,324.25 |
| Account No. | | | | | | | | |
| **VIET AN INDUDSTRIAL PRODUCTION & TR** **226 LE LAI** **NGO QUYEN Hai Phong** | - | | | | | | | 541.30 |
| Account No. | | | | | | | | |
| **VISION** **721 E 10TH ST** **LOS ANGELES, CA 90021** | - | | | | | | | 10,855.55 |
| Account No. | | | | | | | | |
| **VIVACE DESIGN** **726 E. 12TH ST. #116** **LOS ANGELES, CA 90021** | - | | | | | | | 964,786.46 |
| Account No. | | | | | | | | |
| **WESTWOOD FOOTWEAR CORP** **18955 E. RAILROAD ST.** **CITY OF INDUSTRY, CA 91748** | - | | | | | | | 149,667.10 |

Sheet no. __57__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,296,174.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**WILHELMINA WEST, INC**<br>**9378 WILSHIRE BLVD, STE 310**<br>**BEVERLY HILLS, CA 90212** | | - | | | | | | 1,200.00 |
| Account No.<br><br>**WINDSTREAM**<br>**PO BOX 9001908**<br>**LOUISVILLE, KY 40290-1908** | | - | | | | | | 165.76 |
| Account No.<br><br>**WINGS MANUFACTURING CORPORATION**<br>**15 WILKINSON AVE**<br>**NEW JERSEY CITY, NJ 7305** | | - | | | | | | 76,918.50 |
| Account No.<br><br>**WOODLANDS METRO CENTER MUD**<br>**P.O. BOX 7829**<br>**THE WOODLANDS, TX 77387-7829** | | - | | | | | | 232.56 |
| Account No.<br><br>**WOW KNIT, INC DBA WOW COUTURE**<br>**1012 CROCKER STREET**<br>**LOS ANGELES, CA 90021** | | - | | | | | | 13,287.00 |

Sheet no. __**58**__ of __**60**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,803.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Shasa USA LLC**                                                      ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| XENOS FASHION, INC DBA SCOBE 2462 E. 28TH STREET VERNON, CA 90058 | - | | | | | | | 237,776.60 |
| Account No. | | | | | | | | |
| YOKI FASHION INTERNATIONAL, LLC 1410 BROADWAY SUITE 1005 1022 Lawson Street NEW YORK, NY 10018 | - | | | | | | | 52,799.15 |
| Account No. | | | | | | | | |
| ZERMAT INTERNACIONAL, S.A. DE C.V. 3540 W. T.C. JESTER HOUSTON, TX 77018 | - | | | | | | | 7,611.04 |
| Account No. | | | | | | | | |
| ZHEJIANG SHINDAI SANSHUN TRADING CO 1888 JIANGHUI RD HANGZHOU CHINA | - | | | | | | | 62,706.30 |
| Account No. | | | | | | | | |
| ZHEJIANG YITING KNITTING CO, LTD QIUSHI RD 106 BEIYUAN INDUSTRIAL AR YIWU CITY Zhejiang | - | | | | | | | 1,000.10 |

Sheet no. __59__ of __60__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

361,893.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shasa USA LLC**                                                                 ,     Case No. _____
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ZINGA, INC 1100 S. SAN PEDRO STREET, STE I-02 LOS ANGELES, CA 90015** | - | | | | | | | 306,871.75 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __60__ of __60__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 306,871.75 |
| Total (Report on Summary of Schedules) | 22,664,892.12 |

B6G (Official Form 6G) (12/07)

.

In re  **Shasa USA LLC**                                                    Case No. _____

                                                    ,
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Armando Ernesto Dollero Figueroa**<br>**2827 S. Sante Fe Avenue**<br>**Vernon, CA 90058** | **Trade License Agreement** |
| **AT&T**<br>**One AT&T Way**<br>**Bedminster, NJ 07921** | **Multi-Service Agreement** |
| **Baybrook Mall**<br>**500 Baybrook Mall**<br>**Attn.: General Manager**<br>**Friendswood, TX 77546** | **Property Lease (Baybrook Mall)** |
| **Baybrook Mall, LLC**<br>**110 N. Wacker Dr.**<br>**Attn: Law/Lease Adminstration Dept**<br>**Chicago, IL 60606** | **Property Lease (Houston Baybrook Mall)** |
| **BlueMoon/Digital Inc.**<br>**1512 Larimer Street**<br>**Suite 800**<br>**Denver, CO 80202** | **One year service agreement** |
| **Carlo Dollero Figueroa**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | **Trade License Agreement** |
| **Cbeyond**<br>**320 Interstate North Parkway**<br>**Atlanta, GA 30339** | **Three year contract for telecommunication services** |
| **CORRA TECHNOLOGY, INC**<br>**363 BLOOMFIELD AVE, SUITE 3C**<br>**MONTCLAIR, NJ 7042** | **Consulting Services Agreement** |
| **CyberSource**<br>**PO Box 8999**<br>**San Francisco, CA 94128** | **Payment Solutions Agreement** |
| **DeLage Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-8608** | **Copier Lease dated August 16, 2010** |
| **Demandware, Inc**<br>**5 Wall Street**<br>**Burlington, MA 18303** | **Three year software license subscription** |

**3**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Shasa USA LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Ebay Enterprise<br>7 South Main Street<br>3rd Floor<br>Wilkes Barre, PA 18701 | Management Service Agreement |
| FAWAZ A. ALHOKAIR & CO<br>PO Box Riyadh 11411<br>Al Shimaisy<br>Kingdom of Saudi Arabia | Supply and Services Agreement<br>Debtor is also third party beneficiary to a license agreement |
| FedEx<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | Freight Agreement |
| First Colony Mall<br>16525 Southwest Freeway, Suite 1<br>Attn:  General Manager<br>Sugar Land, TX 77479 | Property Lease |
| First Colony Mall, LLC<br>c/o First Colony Mall LLC<br>110 N. Wacker Drive<br>Attn: Law/Lease Administration Dept<br>Chicago, IL 60606 | Property Lease |
| GGP-Tucson Mall, L.L.C.<br>c/o Tucson Mall<br>110 N. Wacker Drive<br>Attn: Law/Lease Administration Dept<br>Chicago, IL 60606 | Property Lease (Tuscon Mall) |
| Glendale Galleria<br>100 W. Broadway<br>Attn: General Manager<br>Glendale, CA 91210 | Property Lease |
| Glendale I Mall Associates, LP<br>c/o Glendale Galleria<br>110 N. Wacker Drive<br>Attn: Law/Lease Administration Dept<br>Chicago, IL 60606 | Property Lease (Glendale Mall) |
| HG Galleria I, II, III, LP<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | Property Lease (Houston Galleria) |
| Listrak, Inc.<br>529 E. Main Street<br>Lititz, PA 17543 | Software subscription and services agreement |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Shasa USA LLC**                              ,      Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Memorial City Mall**<br>**820 Gessner, Suite 1800**<br>**Attn: Legal Department**<br>**Houston, TX 77024** | **Property Lease (Houston-Memorial Mall)** |
| **Memorial City Mall**<br>**303 Memorial City Way**<br>**Attn:  Mall Manager**<br>**Houston, TX 77024** | **Property Lease (Houston-Memorial mall)** |
| **New Rivercenter Mall II L.P.**<br>**849 Commerce Street**<br>**San Antonio, TX 78205** | **Property Lease (San Antonio Rivercenter mall)** |
| **Park Mall, L.L.C.**<br>**c/o Park Place**<br>**110 N. Wacker Drive**<br>**Attn: Law/Lease Administration Dept**<br>**Chicago, IL 60606** | **Property Lease (Tuscon Park Place)** |
| **Park Place**<br>**5870 East Broadway Blvd.**<br>**Attn: General Manager**<br>**Alcalde, NM 87511** | **Property Lease (Tuscon Park Place)** |
| **Parks At Arlington, LLC**<br>**110 N. Wacker Dr.**<br>**Attn: Law/Lease Admintration Dept**<br>**Chicago, IL 60606** | **Property Lease (Arlington-The Parks at Arlington)** |
| **PPF Ind 2825 S. Santa Fe Avenue LP**<br>**c/o Morgan Stanley**<br>**555 California Street, Floor 21**<br>**Attn: Joseph Finnigan**<br>**San Francisco, CA 94104** | **Property Lease (corporate)** |
| **PPF Ind 2825 S. Santa Fe Avenue LP**<br>**c/o Morgan Stanley**<br>**555 California Street, Floor 21**<br>**Attn: Elton Lee**<br>**San Francisco, CA 94104** | **Property Lease (corporate)** |
| **Simon Property Group (Texas), L.P.**<br>**c/o M.S. Management Associates Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | **Property Lease (McAllen La Plaza)** |
| **Simon Property Group (Texas), L.P.**<br>**Braun, Browne & Associates, P.C.**<br>**300 Saunders Road, Suite 100**<br>**Attn.  Sheldon Braun, Esq**<br>**Deerfield, IL 60015** | **Property Lease (San Antonia North Star Mall)** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Shasa USA LLC**                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Simon Propety Group (Texas), L.P.**<br>**M.S. Management Associates, Inc.**<br>**225 West Washington Street**<br>**Indianapolis, IN 46204-3438** | **Property Lease (San Antonio North Star Mall)** |
| **The Parks at Arlington**<br>**3811 South Cooper Street**<br>**Attn.:  General Manager**<br>**Arlington, TX 76015** | **Property Lease (Arlington - The Parks at Arlington)** |
| **The Woodlands Mall**<br>**c/o The Woodlands Mall Assoc. LLC**<br>**110 N. Wacker Drive**<br>**Attn: Law/Lease Administration Dept**<br>**Chicago, IL 60606** | **Property Lease (The Woodlands Mall)** |
| **The Woodlands Mall**<br>**1201 Lake Woodlands Dr, Suite 700**<br>**Attn: General Manager**<br>**Spring, TX 77380** | **Property Lease (The Woodlands Mall)** |
| **Tucson Mall**<br>**4500 N. Oracle Road**<br>**Attn: General Manager**<br>**Tucson, AZ 85705** | **Property Lease (Tuscon Mall)** |
| **Valley Plaza Mall**<br>**2701 Ming Avenue**<br>**Attn: General Manager**<br>**Bakersfield, CA 93304** | **Property Lease** |
| **Valley Plaza Mall, LP**<br>**c/o Valley Plaza Mall**<br>**110 N. Wacker Drive**<br>**Attn: Law/Lease Administration Dept**<br>**Chicago, IL 60606** | **Property Lease** |
| **WiLine**<br>**8915 S. La Cienega Blvd.**<br>**Suite D**<br>**Inglewood, CA 90301** | **Twenty four month service agreement** |

Sheet    **3**    of    **3**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re __Shasa USA LLC_____,    Case No. _____
                         Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

__0__
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Shasa USA LLC**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**78**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February  4, 2015**

Signature   **/s/ Armando E. Dollero**

**Armando E. Dollero**
**Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re  **Shasa USA LLC**                                                  Case No.
                                          Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$18,215,474.00** | **2013 Gross income** |
| **$44,129,386.00** | **2014 Gross Income** |
| **$673,619.00** | **2015 YTD Gross Income** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2013** |

B7 (Official Form 7) (04/13)
2

| | AMOUNT | SOURCE |
|---|---|---|
| | $0.00 | 2014 |
| | $0.00 | 2015 |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$0.00** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ADF Family Trust**<br>**2827 S. Santa Fe Avenue**<br>**Los Angeles, CA 90058**<br>   **Member** | **May 23, 2015  $19,625,.34**<br>**May 30, 2018  $23,745.66**<br>**December 26 2015**<br>**$94,931.88**<br>**January 21, 2015** | **$181,946.03** | **$0.00** |
| **CDF Family Trust**<br>**2827 S. Santa Fe Ave.**<br>**Vernon, CA 90058** | **May 23, 2014 $23,745.64**<br>**May 30, 2014 $26,887.15**<br>**December 2, 2014**<br>**$42,539.79**<br>**December 26, 2014**<br>**$52,392.07**<br>**January 20, 2015 $16,756.00** | **$181,945.98** | **$0.00** |
| **Carlo Dollero**<br>**2827 S. Santa Fe Ave.**<br>**Los Angeles, CA 90058**<br>   **Management** | **Regular Salary Paid in one year before filing** | **$400,000.00** | **$0.00** |
| **Armando Dollero**<br>**2827 S. Santa Fe Ave.**<br>**Los Angeles, CA 90058** | **Regular salary paid in one year before filing** | **$400,000.00** | **$0.00** |

---

    * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See Attached** | | | |
| **Ivy Trim, Inc. v. Shasa USA LLC, Case No. VC 064562** | **Writ of Attachment** | **Superior Court for Los Angeles County** | **Pending** |
| **Valley Bay v. Shasa USA LLC, BC571030** | **Collection case $83,292** | **Superior Court for Los Angeles County** | **Pending** |
| **Zinga, Inc. v. Shasa USA, LLC, Armando Dollero, and Carlo Dollero, Case No. BC571127** | **Collection case $316,901** | **Superior Court for the County of Los Angeles** | **Pending** |
| **Eska, Inc. dba Event Spice Wear v. Shasa USA, LLC Superior Court California** | **Collection** | **Superior Court California, BC571339** | |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thompson Coburn LLP**<br>**2029 Century Park East, 19th Floor**<br>**Los Angeles, CA 90067** | | **$25,000.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)

5

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **10803 Vinecrest, Suite 120 Houston, Texas 77086** | **Shasa USA LLC** | **8/23/09 - 2/4/13** |

## 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)
6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None  ■  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None  □  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Keith Bjelajac**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | |

B7 (Official Form 7) (04/13)
7

| | |
|---|---|
| None ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

NAME                    ADDRESS                          DATES SERVICES RENDERED

| | |
|---|---|
| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                    ADDRESS
**Keith Bjelajac**                      **2827 S. Santa Fe Avenue**
                                        **Vernon, CA 90058**

| | |
|---|---|
| None ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS                        DATE ISSUED

---

**20. Inventories**

| | |
|---|---|
| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **1/17/15** | **Keith Bjelajac** | **$2,771,962.00** |
| **3/29/14** | **Keith Bjelajac** | **$1,867.873.00** |

| | |
|---|---|
| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **1/17/15** | **Keith Bjelajac**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** |
| **3/29/14** | **Keith Bjelajac**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| | |
|---|---|
| None ☐ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Carlo Dollero**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | | **6.6** |
| **Armando Dollero**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | | **6.6** |
| **ADF Family Trust**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | | **26.4** |
| **CDF Family Trust**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | | **26.4** |

B7 (Official Form 7) (04/13)
8

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Smart Retail LLC**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | | **34.0** |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Armando Dollero**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | **Salary** | **$400,000.00** |
| **Carlo Dollero**<br>**2827 S. Santa Fe Avenue**<br>**Vernon, CA 90058** | **Salary** | **$400,000.00** |

---

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**February  4, 2015**_____      Signature __**/s/ Armando E. Dollero**_____
                                              **Armando E. Dollero**
                                              **Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Supplemental Answers to Question 3(a) Statement of Financial Affairs Shasa USA LLC**

| Posting Date | Document No. | Amount | Description | Vendor Name |
|---|---|---|---|---|
| 1/23/2015 | 2167 | $41,472.50 | MCGINN USA, INC DBA PLASTIC ISLAND | **ALT B** |
| 1/26/2015 | 2173 | $41,416.75 | Payment to vendor PR0448 | **ALT B** |
| 1/29/2015 | 2200 | $23,350.00 | ALT B | **ALT B** |
| **VENDOR TOTAL** | | $106,239.25 | | |
| 12/11/2014 | 2064 | $20,000.00 | APPAREL AVE DBA LA BIJOU | **APPAREL AVE DBA LA BIJOU** |
| 1/9/2015 | 2117 | $20,000.00 | Payment to vendor PR0257 | **APPAREL AVE DBA LA BIJOU** |
| 1/27/2015 | 2190 | $19,481.40 | APPAREL AVE DBA LA BIJOU | **APPAREL AVE DBA LA BIJOU** |
| **VENDOR TOTAL** | | $59,481.40 | | |
| 11/10/2014 | 1963 | $202.48 | Payment of Invoice FPR49192 | **AT&T** |
| 11/10/2014 | 1964 | $124.67 | Payment of Invoice FPR49170 | **AT&T** |
| 11/10/2014 | 1965 | $119.07 | Payment of Invoice FPR49171 | **AT&T** |
| 11/10/2014 | 1966 | $190.05 | Payment to vendor AC0049 | **AT&T** |
| 11/10/2014 | 1967 | $181.12 | Payment to vendor AC0049 | **AT&T** |
| 11/10/2014 | 1968 | $60.51 | Payment to vendor AC0049 | **AT&T** |
| 11/18/2014 | 1991 | $213.47 | Payment of Invoice FPR49274 | **AT&T** |
| 11/18/2014 | 1992 | $170.11 | Payment of Invoice FPR49275 | **AT&T** |
| 11/18/2014 | 1993 | $141.07 | Payment of Invoice FPR49276 | **AT&T** |
| 11/18/2014 | 1994 | $209.74 | Payment of Invoice FPR49277 | **AT&T** |
| 11/18/2014 | 1995 | $819.21 | Payment of Invoice FPR49279 | **AT&T** |
| 11/18/2014 | 1996 | $412.76 | Payment of Invoice FPR49411 | **AT&T** |
| 12/1/2014 | 2025 | $127.23 | Payment to vendor AC0557 | **At&t** |
| 12/1/2014 | 2026 | $272.17 | Payment to vendor AC0558 | **At&t** |
| 12/1/2014 | 2027 | $188.38 | Payment to vendor AC0559 | **At&t** |
| 12/5/2014 | 2043 | $320.78 | Payment to vendor AC0562 | **At&t** |
| 12/16/2014 | 2067 | $115.84 | Payment of Invoice FPR50043 | **At&t** |
| 12/16/2014 | 2068 | $180.97 | Payment of Invoice FPR50042 | **At&t** |
| 12/16/2014 | 2069 | $412.61 | Payment of Invoice FPR50041 | **At&t** |
| 12/16/2014 | 2070 | $218.39 | Payment of Invoice FPR50040 | **At&t** |
| 12/16/2014 | 2071 | $819.21 | Payment of Invoice FPR50039 | **At&t** |
| 12/16/2014 | 2072 | $120.03 | Payment of Invoice FPR50038 | **At&t** |
| 12/16/2014 | 2073 | $241.08 | Payment of Invoice FPR50165 | **At&t** |
| 12/19/2014 | 2085 | $188.26 | Payment to vendor AC0559 | **At&t** |
| 12/19/2014 | 2086 | $113.17 | Payment to vendor AC0574 | **At&t** |
| 12/19/2014 | 2087 | $152.28 | Payment to vendor AC0575 | **At&t** |
| 12/26/2014 | 2102 | $147.30 | Payment to vendor AC0557 | **At&t** |
| 12/26/2014 | 2103 | $334.43 | Payment to vendor AC0558 | **At&t** |
| 1/13/2015 | 2131 | $74.12 | Payment to vendor AC0562 | **At&t** |
| 1/13/2015 | 2132 | $189.54 | Payment to vendor AC0566 | **At&t** |
| 1/13/2015 | 2133 | $180.97 | Payment to vendor AC0567 | **At&t** |
| 1/13/2015 | 2134 | $505.44 | Payment to vendor AC0568 | **At&t** |
| 1/13/2015 | 2135 | $262.47 | Payment to vendor AC0569 | **At&t** |
| 1/13/2015 | 2136 | $819.21 | Payment to vendor AC0570 | **At&t** |
| 1/13/2015 | 2137 | $119.88 | Payment to vendor AC0571 | **At&t** |
| 1/13/2015 | 2138 | $209.63 | Payment to vendor AC0572 | **At&t** |
| 1/13/2015 | 2139 | $8.52 | Payment to vendor AC0574 | **At&t** |
| 1/13/2015 | 2140 | $303.76 | Payment to vendor AC0575 | **At&t** |
| 12/1/2014 | 2024 | $71.15 | Payment to vendor AC0556 | **At&t** |
| 12/26/2014 | 2101 | $72.96 | Payment to vendor AC0556 | **At&t** |
| 12/19/2014 | 2088 | $207.99 | Payment to vendor AC0577 | **At&t** |
| 1/13/2015 | 2141 | $415.98 | Payment to vendor AC0577 | **At&t** |

| Posting Date | Document No. | Amount | Description | Vendor Name |
|---|---|---|---|---|
| **VENDOR TOTAL** | | $10,238.01 | | |
| 12/8/2014 | 2045 | $7,165.00 | BLUE AMBROSIA | **BLUE AMBROSIA** |
| **VENDOR TOTAL** | | $7,165.00 | | |
| 1/27/2015 | 2185 | $7,796.00 | G & H TEXTILES TRADING, INC | **CALI BIJOU, INC** |
| 1/27/2015 | 2187 | $2,808.00 | G & H TEXTILES TRADING, INC | **CALI BIJOU, INC** |
| **VENDOR TOTAL** | | $10,604.00 | | |
| 1/23/2015 | 2168 | $12,052.00 | CHIC BLACK, INC DBA DI LUSSO | **CHIC BLACK, INC DBA DI LUSSO** |
| 1/23/2015 | 2170 | $46,434.10 | CHIC BLACK, INC DBA DI LUSSO | **CHIC BLACK, INC DBA DI LUSSO** |
| 1/30/2015 | 2201 | $11,663.45 | CHIC BLACK, INC DBA DI LUSSO | **CHIC BLACK, INC DBA DI LUSSO** |
| 1/30/2015 | 2206 | $30,579.80 | CHIC BLACK, INC DBA DI LUSSO | **CHIC BLACK, INC DBA DI LUSSO** |
| **VENDOR TOTAL** | | $100,729.35 | | |
| 12/19/2014 | 2089 | $2,000.00 | Payment to vendor AC0542 | **CyberCoders** |
| 12/26/2014 | 2099 | $2,000.00 | Payment to vendor AC0542 | **CyberCoders** |
| 12/31/2014 | 2109 | $2,000.00 | Payment to vendor AC0542 | **CyberCoders** |
| 1/13/2015 | 2146 | $2,000.00 | Payment of Invoice FPR48559 | **CyberCoders** |
| **VENDOR TOTAL** | | $8,000.00 | | |
| 1/13/2015 | 2150 | $250.00 | Payment to vendor AC0581 | **CyberSource Corporation** |
| **VENDOR TOTAL** | | $250.00 | | |
| 11/25/2014 | 2013 | $1,794.69 | Payment to vendor AC0528 | **Daniel Kincaid Photography** |
| 12/1/2014 | 2022 | $300.00 | Payment to vendor AC0528 | **Daniel Kincaid Photography** |
| **VENDOR TOTAL** | | $2,094.69 | | |
| 1/23/2015 | 2162 | $6,950.30 | Darrell Kinsley | **Darrell Kinsley** |
| **VENDOR TOTAL** | | $6,950.30 | | |
| 11/25/2014 | 2011 | $369.60 | Payment to vendor AC0220 | **Dearborn Life Insurance Company** |
| 12/1/2014 | 2034 | $204.60 | Payment to vendor AC0220 | **Dearborn Life Insurance Company** |
| 12/26/2014 | 2096 | $181.50 | Payment to vendor AC0220 | **Dearborn Life Insurance Company** |
| 1/13/2015 | 2153 | $184.70 | Payment to vendor AC0220 | **Dearborn Life Insurance Company** |
| **VENDOR TOTAL** | | $940.40 | | |
| 1/26/2015 | 2181 | $30,618.00 | Payment to vendor PR0004 | **DEBUT** |
| **VENDOR TOTAL** | | $30,618.00 | | |
| 1/23/2015 | 2164 | $36,649.50 | DIVA USA | **DIVA USA** |
| 1/26/2015 | 2179 | $35,989.50 | DIVA USA | **DIVA USA** |
| **VENDOR TOTAL** | | $72,639.00 | | |
| 12/19/2014 | 2091 | $25,024.42 | FedEx | **FedEx** |
| 12/31/2014 | 2105 | $6,209.01 | Payment to vendor AC0059 | **FedEx** |
| 12/31/2014 | 2114 | $2,884.60 | Payment to vendor AC0059 | **FedEx** |
| 12/31/2014 | 2115 | $4,343.20 | Payment to vendor AC0059 | **FedEx** |
| 1/14/2015 | 2152 | $12,177.65 | FedEx - Payment Week 03 | **FedEx** |
| **VENDOR TOTAL** | | $50,638.88 | | |
| 12/5/2014 | 2046 | $31,467.80 | Payment to vendor AC0010 | **First Colony Mall LLC** |
| **VENDOR TOTAL** | | $31,467.80 | | |
| 11/19/2014 | 1999 | $16,273.80 | FORTUNE DYNAMIC, INC | **FORTUNE DYNAMIC, INC** |
| 11/25/2014 | 2017 | $2,791.80 | FORTUNE DYNAMIC, INC | **FORTUNE DYNAMIC, INC** |
| **VENDOR TOTAL** | | $19,065.60 | | |
| 12/5/2014 | 2048 | $44,518.51 | Payment to vendor AC0050 | **GGP - Homart II LLC.** |
| **VENDOR TOTAL** | | $44,518.51 | | |
| 12/5/2014 | 2057 | $28,397.41 | Payment to vendor AC0402 | **GGP - TUCSON MALL L.L.C.** |
| **VENDOR TOTAL** | | $28,397.41 | | |
| 12/5/2014 | 2059 | $46,882.18 | Payment to vendor AC0474 | **Glendale I Mall Associates, LLC** |
| **VENDOR TOTAL** | | $46,882.18 | | |

| Posting Date | Document No. | Amount | Description | Vendor Name |
|---|---|---|---|---|
| 12/5/2014 | 2047 | $40,697.89 | Payment to vendor AC0018 | **HG Galleria I,II,III.** |
| **VENDOR TOTAL** | | $40,697.89 | | |
| 1/13/2015 | 2155 | $14,595.01 | Payment to vendor AC0599 | **KUEHNE + NAGEL** |
| **VENDOR TOTAL** | | $14,595.01 | | |
| 11/10/2014 | 1957 | $1,650.44 | I*148544, 148379 | **L.A. Carton** |
| 11/20/2014 | 2001 | $2,103.27 | Payment to vendor AC0394 | **L.A. Carton** |
| 11/25/2014 | 2012 | $1,944.79 | Payment to vendor AC0394 | **L.A. Carton** |
| 12/1/2014 | 2020 | $1,085.87 | Payment to vendor AC0394 | **L.A. Carton** |
| 12/1/2014 | 2036 | $861.48 | Payment to vendor AC0394 | **L.A. Carton** |
| 12/19/2014 | 2082 | $2,046.26 | Payment to vendor AC0394 | **L.A. Carton** |
| 12/26/2014 | 2098 | $2,054.33 | Payment to vendor AC0394 | **L.A. Carton** |
| 12/31/2014 | 2107 | $2,300.94 | Payment to vendor AC0394 | **L.A. Carton** |
| 1/13/2015 | 2154 | $953.43 | Payment to vendor AC0394 | **L.A. Carton** |
| **VENDOR TOTAL** | | $15,000.81 | | |
| 11/19/2014 | 1997 | $20,000.00 | Payment to vendor PR0379 | **LEGEND FOOTWEAR, INC** |
| **VENDOR TOTAL** | | $20,000.00 | | |
| 1/23/2015 | 2165 | $42,857.75 | LINE UP | **LINE UP** |
| 1/27/2015 | 2183 | $3,245.50 | LINE UP | **LINE UP** |
| 1/30/2015 | 2204 | $48,840.70 | LINE UP | **LINE UP** |
| **VENDOR TOTAL** | | $94,943.95 | | |
| 11/25/2014 | 1910 | $1,786.00 | Payment to vendor AC0539 | **Louis Perez** |
| 12/1/2014 | 2038 | $3,166.00 | Payment to vendor AC0539 | **Louis Perez** |
| 12/30/2014 | 2104 | $3,166.00 | Payment to vendor AC0539 | **Louis Perez** |
| 12/31/2014 | 2108 | $2,842.00 | Payment to vendor AC0539 | **Louis Perez** |
| **VENDOR TOTAL** | | $10,960.00 | | |
| 1/26/2015 | 2174 | $10,055.00 | Payment to vendor PR0286 | **LOVE REPUBLIC** |
| 1/26/2015 | 2180 | $44,805.25 | LOVE REPUBLIC | **LOVE REPUBLIC** |
| 1/28/2015 | 2191 | $30,713.25 | LOVE REPUBLIC | **LOVE REPUBLIC** |
| 1/29/2015 | 2195 | $10,542.00 | LOVE REPUBLIC | **LOVE REPUBLIC** |
| 1/30/2015 | 2205 | $29,541.75 | LOVE REPUBLIC | **LOVE REPUBLIC** |
| **VENDOR TOTAL** | | $125,657.25 | | |
| 11/20/2014 | 2005 | $5,000.00 | Payment to vendor AC0525 | **MANAGEMENT RECRUITERS** |
| 12/1/2014 | 2021 | $5,000.00 | Payment to vendor AC0525 | **MANAGEMENT RECRUITERS** |
| **VENDOR TOTAL** | | $10,000.00 | | |
| 12/5/2014 | 2052 | $50,679.98 | Payment to vendor AC0208 | **MEMORIAL CITY MALL** |
| **VENDOR TOTAL** | | $50,679.98 | | |
| 1/27/2015 | 2186 | $14,377.50 | MI IN FASHION, INC | **MI IN FASHION, INC** |
| 1/27/2015 | 2189 | $13,507.50 | MI IN FASHION, INC | **MI IN FASHION, INC** |
| **VENDOR TOTAL** | | $27,885.00 | | |
| 12/5/2014 | 2054 | $19,356.67 | Payment to vendor AC0347 | **New River Center Mall II LLP** |
| **VENDOR TOTAL** | | $19,356.67 | | |
| 12/5/2014 | 2051 | $39,775.27 | Payment to vendor AC0200 | **NORTHSTAR MALL LLC** |
| **VENDOR TOTAL** | | $39,775.27 | | |
| 12/5/2014 | 2058 | $26,531.08 | Payment to vendor AC0429 | **PARK MALL L.L.C** |
| **VENDOR TOTAL** | | $26,531.08 | | |
| 11/19/2014 | 2000 | $136,500.00 | Payment to vendor AC0166 | **PARKS AT ARLINGTON LLC** |
| 12/5/2014 | 2050 | $30,278.10 | Payment to vendor AC0166 | **PARKS AT ARLINGTON LLC** |
| **VENDOR TOTAL** | | $166,778.10 | | |
| 1/21/2015 | 2159 | $25,030.54 | Payment to vendor AC0379 | **PPF Industrial** |
| 11/26/2014 | 2018 | $20,030.54 | Payment of  20141020-1EB | **PPF Industrial** |
| 12/5/2014 | 2056 | $25,030.54 | Payment to vendor AC0379 | **PPF Industrial** |
| **VENDOR TOTAL** | | $70,091.62 | | |
| 12/5/2014 | 2055 | $36,866.62 | Payment to vendor AC0354 | **Simon Property Group (TX)** |
| **VENDOR TOTAL** | | $36,866.62 | | |
| 1/29/2015 | 2197 | $49,701.95 | SML STYLE USA | **SML STYLE USA** |

| Posting Date | Document No. | Amount | Description | Vendor Name |
|---|---|---|---|---|
| **VENDOR TOTAL** | | $49,701.95 | | |
| 1/23/2015 | 2163 | $57,404.75 | TEENBELL | **TEENBELL** |
| 1/23/2015 | 2169 | $11,057.25 | TEENBELL | **TEENBELL** |
| 1/26/2015 | 2178 | $56,831.25 | TEENBELL | **TEENBELL** |
| 1/29/2015 | 2198 | $1,705.00 | TEENBELL | **TEENBELL** |
| 1/30/2015 | 2203 | $19,517.75 | TEENBELL | **TEENBELL** |
| **VENDOR TOTAL** | | $146,516.00 | | |
| 12/5/2014 | 2049 | $2,469.91 | Payment to vendor AC0152 | **The Domain Mall II, LLC** |
| 12/5/2014 | 2062 | $5,112.92 | Payment to vendor AC0152 | **The Domain Mall II, LLC** |
| 12/23/2014 | 2090 | $76,162.46 | The Domain Mall II, LLC | **The Domain Mall II, LLC** |
| **VENDOR TOTAL** | | $83,745.29 | | |
| 1/30/2015 | 2202 | $10,233.75 | THE PAGE INC | **THE PAGE INC** |
| **VENDOR TOTAL** | | $10,233.75 | | |
| 1/23/2015 | 2172 | $25,000.00 | Thompson Coburn LLP | **Thompson Coburn LLP** |
| **VENDOR TOTAL** | | $25,000.00 | | |
| 1/26/2015 | 2177 | $12,734.00 | Payment to vendor PR0005 | **TIMING, INC** |
| **VENDOR TOTAL** | | $12,734.00 | | |
| 1/28/2015 | 2193 | $17,612.15 | TOVIA, INC | **TOVIA, INC** |
| 1/29/2015 | 2194 | $19,363.90 | TOVIA, INC | **TOVIA, INC** |
| 1/29/2015 | 2196 | $3,217.50 | TOVIA, INC | **TOVIA, INC** |
| **VENDOR TOTAL** | | $40,193.55 | | |
| 11/18/2014 | 1990 | $265.00 | Check for Vendor AC0545 | **Transgroup Express Inc.** |
| 11/25/2014 | 2014 | $881.87 | Payment to vendor AC0545 | **Transgroup Express Inc.** |
| 12/1/2014 | 2023 | $6,423.94 | Payment to vendor AC0545 | **Transgroup Express Inc.** |
| 12/5/2014 | 2041 | $2,561.86 | Payment to vendor AC0545 | **Transgroup Express Inc.** |
| 12/16/2014 | 2075 | $1,009.26 | Payment of Invoice FPR49300 | **Transgroup Express Inc.** |
| 12/26/2014 | 2100 | $995.00 | Payment to vendor AC0545 | **Transgroup Express Inc.** |
| 12/31/2014 | 2110 | $1,700.00 | Payment to vendor AC0545 | **Transgroup Express Inc.** |
| **VENDOR TOTAL** | | $13,836.93 | | |
| | | | DONG FANG QIU YUN, INC DBA | **TYCOONS ENTERPRISE GROUP, LLC** |
| 1/27/2015 | 2184 | $12,528.00 | ANABEL CONNECTION | **DBA MACHI FOOTWEAR** |
| **VENDOR TOTAL** | | $12,528.00 | | |
| 12/5/2014 | 2060 | $20,902.73 | Payment to vendor AC0536 | **VALLEY PLAZA MALL** |
| **VENDOR TOTAL** | | $20,902.73 | | |
| 1/23/2015 | 2161 | $2,600.00 | Payment to vendor PR0487 | **VIDA CLOTHING** |
| 1/26/2015 | 2182 | $5,000.00 | Payment to vendor PR0487 | **VIDA CLOTHING** |
| **VENDOR TOTAL** | | $7,600.00 | | |
| 1/22/2015 | 2160 | $8,393.25 | Invoice #24441 and #24442 | **VIVACE DESIGN** |
| 1/23/2015 | 2166 | $30,599.10 | VIVACE DESIGN | **VIVACE DESIGN** |
| 1/23/2015 | 2171 | $6,839.10 | VIVACE DESIGN | **VIVACE DESIGN** |
| 1/26/2015 | 2175 | $23,760.00 | Payment to vendor PR0212 | **VIVACE DESIGN** |
| 1/27/2015 | 2188 | $9,220.80 | VIVACE DESIGN | **VIVACE DESIGN** |
| 1/28/2015 | 2192 | $34,924.80 | VIVACE DESIGN | **VIVACE DESIGN** |
| **VENDOR TOTAL** | | $113,737.05 | | |
| 12/5/2014 | 2053 | $43,356.78 | Payment to vendor AC0233 | **Woodland Mall Associates LLC** |
| **VENDOR TOTAL** | | $43,356.78 | | |

**Supplemental Answer to Question 4(a) SOFA**

| Plaintiff | Defendant | Status | Wages Claimed |
|---|---|---|---|
| Roberto Garcia | *Not Identified* | Dismissed | $ 6,794.20 |
| Audelio Molina | Jung's Fashion | Dismissed | $ 24,937.00 |
| Ricardo Villa | Juan Luis Jimenez-Valdin DBA JBV | Dismissed | $ 37,783.00 |
| Berenice Guerrero | Fashion Touch | Dismissed | $ 2,015.00 |
| Misael Guerrero | Fashion Touch | Dismissed | $ 3,998.00 |
| Noe Lopez | Eva & Alex, Inc | Dismissed | $ 10,072.00 |
| Martha Duenas | Eva & Alex, Inc | Dismissed | $ 8,600.00 |
| Estela Aguilar | Eva & Alex, Inc | Dismissed | $ 14,036.00 |
| Norma Garcia | Nano IMC;Zoe Clothing;Jakin Clothing | Dismissed | $ 61,092.00 |
| Reynaldo Aguilera-Aguirre | Nano IMC;Zoe Clothing;Jakin Clothing | Dismissed | $ 61,092.00 |
| Alicia Martinez | Nano IMC;Zoe Clothing;Jakin Clothing | Dismissed | $ 62,768.00 |
| Jesus Castillo -Galicia | Paraiso Fashion Inc. | Dismissed | $ 64,101.06 |
| Lucina Del Carmen | Eva & Alex, Inc | Dismissed | $ 16,288.13 |
| Pablo Hernandez | Rush Sewing & Suzy Flower | Dismissed | $ 36,384.00 |
| Magdalena Reyes | Monalissa Apparel | Pending | $ 16,834.00 |
| Fernando Felix Pu-Joj | Elli Fashion, Inc. | Dismissed | $ 11,836.00 |
| Ana Guerrero | Bunn Fashion Inc. | Dismissed | $ 36,000.00 |
| Bernardo Espinoza | Francisco Fashion | Pending | $ 22,268.00 |
| Jose Berardo Lopez | Nari Fashion; Musso Apparel | Hearing Date | $ 74,849.00 |
| Irma Garcia | Ruthimon Blossom, Inc. | Pending | $ 21,049.90 |
| Rigoberto Altamira-Gueva | Joos, Inc | Dismissed | $ 15,132.00 |
| Maria Hernandez | D&R Apparel Inc | Pending | $ 57,017.00 |
| Audelia Molina | Jung's Fashion | Dismissed | $ 33,945.00 |
| Lucia Sebastian Tomas | Paules Co; Borage-Borago Officinalis | Hearing Date | $ 12,577.21 |
| Carmelina Donado Games | Erik Sales-Aparicio dba N & V Fashions | Dismissed | $ 18,561.99 |
| Irma Olivar | Erik Sales-Aparicio dba N & V Fashions | Dismissed | $ 31,493.00 |
| Olga Bustamante | Erik Sales-Aparicio dba N & V Fashions | Dismissed | $ 8,422.00 |
| Alexander Xiloj | Sky Blue Collections, Inc. | Pending | $ 49,501.19 |

Debtor does not have address
information for Plaintiffs
Forum for litigation is:
US Dept of Labor
Wage & Hour Divisin
915 Wilshire Blvd., Suite 960
Los Angeles, CA 90017-3446

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rowena Santos**<br>**2029 Century Park East**<br>**Suite 1900**<br>**Los Angeles, CA 90067**<br>**310-282-2500**<br>California State Bar Number: **210185CA** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Shasa USA LLC** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __46__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **February  4, 2015** _____    */s/ Armando E. Dollero* _____
                                                          Debtor's signature

Date:  **February  4, 2015** _____    _____
                                                          Joint Debtor's signature (if applicable)

Date:  **February  4, 2015** _____    */s/ Rowena Santos* _____
                                                          Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Shasa USA LLC
2827 S. Santa Fe Avenue
Vernon, CA 90058


Rowena Santos
Thompson Coburn LLP
2029 Century Park East
Suite 1900
Los Angeles, CA 90067


12K APPAREL NY, LLC
1407 BROADWAY STE 1022
NEW YORK, NY 10018


26 INTERNATIONAL
1500 S. GRIFFITH AVE
LOS ANGELES, CA 90021


8th Street Enterprise Inc.
777 S. Central Avenue
Los Angeles, CA 90021


A & B FASHION, INC
710 E PICO BLVD, STE 107
LOS ANGELES, CA 90021


A ELLEN
807 E. 12ST, STE 118
LOS ANGELES, CA 90021


A-CHECK AMERICA INC.
P.O.BOX 29048
GLENDALE, CA 91209

ACCESSORIES WEST IMPORTS
15500 ERWIN STREET, 1109
VAN NUYS, CA 91411


ACQUARIUM, INC DBA CARMIN
794 E. 12TH STREET
LOS ANGELES, CA 90021


ADF Family Trust
2827 S Santa Fe Avenue
Vernon, CA 90058


ADT SECURITY SERVICE
PO BOX 672279
DALLAS, TE 75240


AGAIN TRADING CORP
1239 BROADWAY
12 FL
NEW YORK, NY 11223


AIRMAR TRANSPORTES INTERNACIONALES
NORTE 174 NO. 549 COL. PENSADOR MEX
C.P. 15510 DELEG. VENUSTIANO CARRAN
D.F MEXICO


ALBERT URESTI BEXAR COUNTY TAX ASSE
233 N. PECOS LA TRINIDAD
SAN ANTONIO, TX 78207-3175


ALBERT URESTI BEXAR COUNTY TAX ASSE
233 N. PECOS LA TRINIDAD
SAN ANTONIO, TX 78207-3175

```
ALT B
766 E. 12TH ST #C
LOS ANGELES, CA 90021


AMEN TRADING, INC
3183 BANDINI BLVD
VERNON, CA 90058


AMICI ACCESSORIES LTD
39 WEST 37ST 2ND FLOOR
NEW YORK, NY 10018


ANA ACCESSORIES CORPORATION
940 CROCKER ST #101
LOS ANGELES, CA 90021


ANDERSON/LA
3550 TYBURN STREET
LOS ANGELES, CA 90065


ANN KIM FASHION ACCESSORY DBA AF DE
2115 E. 27TH STREET
VERNON, CA 90058


Any Enterprise, Inc.
1250 South Broadway
Los Angeles, CA 90035


APPAREL AVE DBA LA BIJOU
1168 CROCKER ST.
LOS ANGELES, CA 90021
```

Apparel Candy
3022 S. Grand Avenue
Los Angeles, CA 90007


ARIHANT EXPORTS
901 SAPPHIRE PLAZA
DADABHAI CROSS RD
DADABHAI 40056


Arizona Department of Revenue
1600 West Monroe Street
Phoenix, AZ 85007


Armando Dellaro
2827 S Santa Fe Avenue
Vernon, CA 90058


Armando Ernesto Dollero Figueroa
2827 S. Sante Fe Avenue
Vernon, CA 90058


Asia Pacific Trading Co., Inc.
5132 S. Alameda Street
Vernon, CA 90058


ASIANA TRADING, INC
4320 S. SANTA FE AVE
LOS ANGELES, CA 90058


AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

```
At&T
PO BOX 105414
Atlanta, GA 30348-5414


At&T
PO BOX 5025
Carol Stream, IL 60197-5025


AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001


AT&T
One AT&T Way
Bedminster, NJ 07921


At&t  U-verse
PO BOX 5014
Carol Stream, IL 60197-5014


ATC CONSTRUCTION
3532 BROADWAY
PEARLAND, TX 77581


ATLAS FASHION JEWELRY CORP
1239 BROADWAY #501
NEW YORK, NY 10001


AXESORY SOURCE
11880 COMMUNITY RD
STE 340
POWAY, CA 92064
```

AYMAN FASHIONWEAR LIMITED
HOUSE #8 (3RD FLOOR), ROAD #07, SEC
UTTARA, DHAKA-1230
BANGLADESH


B#-SHARP COLLECTION, INC
1162 S. CROCKER ST.
LOS ANGELES, CA 90021


B. MY APPAREL, INC DBA SUGARMINT
807 E. 12TH ST., #150
LOS ANGELES, CA 90021


Baybrook Mall
500 Baybrook Mall
Attn.: General Manager
Friendswood, TX 77546


Baybrook Mall, LLC
110 N. Wacker Dr.
Attn: Law/Lease Adminstration Dept
Chicago, IL 60606


BBC APPAREL GROUP LLC
1407 BROADWAY
STE 506
NEW YORK, NY 10018


BLAIR KEOUGH
19737 WELBY WAY
WINNETKA, CA 91306


BLUCEAN CORP DBA  MANITO USA
807 E. 12TH ST, STE #101
LOS ANGELES, CA 90021

BLUE AMBROSIA
2323 E 52ND STREET
VERNON, CA 90058


BLUE PLANET INTERNATIONAL, INC DBA
1526 E. WASHINGTON BLVD.
LOS ANGELES, CA 90021


BlueMoon/Digital Inc.
1512 Larimer Street
Suite 800
Denver, CO 80202


BOA STYLE, INC
1226 S. San Pedro Street
Los Angeles, CA 90015


BONAGE USA LLC
770 E 12TH ST SUTE 2
LOS ANGELES, CA 90021


BONDED APPAREL, INC
800 MCGARRY STREET, 5TH FL
LOS ANGELES, CA 90021


BOSS FACILITY SERVICES, INC.
1 ROEBLING COURT
RONKONKOMA, NY 11779


BOZZOLO, INC
1015 S. CROCKER ST. #Q-5
LOS ANGELES, CA 90021

```
Bruce Elfant/Tax Assessor-Collector
P.O. Box 149328
Austin, TX 78714


Buyermex, S.A. de C.V.
Boulevard Aeropuerto Miguel Aleman
11 Rancho El Rosario
Lerma Mexico
Estado De Mexico, C.P., IA 52000


C. LUCE, INC DBA TCEC
1016 TOWNE AVE STE #108
LOS ANGELES, CA 90021


CACHET CREATIONS INC DBA CRISTALS
128 CHARLOTTE AVE
HICKSVILLE, NY 11801


CALI BIJOU, INC
1237 S. Los Angeles St.
Los Angeles, CA 90015


CALIFORNIA CHAMBER OF COMMERCE
P.O. BOX 537016
SACRAMENTO, CA 95853


California Franchise Tax Board
9646 Butterfield Way
Sacramento, CA 95827


California State Board of Equalizat
P.O. Box 942879
Sacramento, CA 94279
```

CAMEO MANUFACTURE & WHOLESALE
726 E. 12TH ST #110
LOS ANGELES, CA 90021


CANDY ROSE APPAREL
1015 S. CROCKER ST, SUITE R05
LOS ANGELES, CA 90021


CAPE ROBBIN, INC
1020 S. LAWSON ST
CITY OF INDUSTRY, CA 91748


Carlo Dellaro
2827 S Santa Fe Avenue
Vernon, CA 90058


Carlo Dollero Figueroa
2827 S. Santa Fe Avenue
Vernon, CA 90058


Carlos Gonzalez
Rosemead, CA 91770


CAVALINI, INC DBA CI SONO
1536 S. ALAMEDA ST
LOS ANGELES, CA 90021


Cbeyond
320 Interstate North Parkway
Atlanta, GA 30339

CBEYOND ON  LINE
PO BOX 848432
DALLAS, TX 75284-8432


CDF Family Trust
2827 S Santa Fe Avenue
Vernon, CA 90058


CELESTE
798 1/2 E. 12TH UNIT#2
LOS ANGELES, CA 90021


CENIT
LOS ANGELES, CA 90021


Central Parking Corp
315 E. Commerce Ste 200, San Antoni
P.O. Box 790402
St. Louis, MO 63179-0402


CESEM
754-1 E. 12TH ST
LOS ANGELES, CA 90021


CHANGSHU RAYEE IMPORT AND EXPORT CO
RM 2504, WORLD TRADE BUILDING, EAST
CHANGSHU CITY
CHANGSHU


CHIC BLACK, INC DBA DI LUSSO
807 E 12th ST. #229
LOS ANGELES, CA 90021

```
CILLA COLLECTION
1001 E. 7TH ST #C
LOS ANGELES, CA 90021


CIRRO ENERGY DALLAS TEXAS
PO BOX 700608
DALLAS, TX 75370-0608


CITY LIGHTING PRODUCTS DENVER
7104 SOUTH DILLION CT.
ENGLEWOOD, CO 80112-4233


CITY OF TUCSON
255 W. ALAMEDA
TUCSON, AZ 85701


City of Tuscon
255 W. Alameda-Second Floor
P.O. Box 27210
Tucson, AZ 85726


CITY OF VERNON
4305 SANTA FE AVE.
VERNON, CA 90058


CLEAR CREEK ISD TAX OFFICE
PO BOX 650395
DALLAS, TX 75265-0395


CLEAR CREEK ISD TAX OFFICE
PO BOX 650395
DALLAS, TX 75265-0395
```

CODIGO
1100 S. SAN PEDRO ST., SUITE C8
LOS ANGELES, CA 90015


COLOR BOX, INC DBA DIVA
1100 S. SAN PEDRO STREET, C-10
LOS ANGELES, CA 90015


CORRA TECHNOLOGY, INC
363 BLOOMFIELD AVE, SUITE 3C
MONTCLAIR, NJ 7042


CORRA TECHNOLOGY, INC
363 BLOOMFIELD AVE, SUITE 3C
MONTCLAIR, NJ 7042


COSTAR INTERNATIONAL ENT, INC
2200 E. 27TH ST
VERNON, CA 90058


COTFAB
A-170-172, SUBHASH NAGAR SHOPPING (
JAIPUR - 302 016 INDIA


COUNTY OF MONTGOMERY JR MOORE JR
400 N. SAN JACINTO STREET
CONROE, TX 77301


CPS ENERGY
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

CT CORPORATION
2875 MICHELLE DRIVE, SUITE 100
IRVINE, CA 92606


CULLIGAN OF SANTA ANA
502 S LYON ST
SANTA ANA, CA 92701


CyberCoders
File #54318
Los Angeles, CA 90074-4318


CyberSource
PO Box 8999
San Francisco, CA 94128


CyberSource Corporation
P.O. Box 742842
Los Angeles, CA 90074


CYRUS JM  CORP
29 W. 30TH STT, 4TH FLOOR
NEW YORK, NY 10001


DAISY
1100 SL. SAN PEDRO ST. #E-1
LOS ANGELES, CA 90015


Dallas County Tax Office
500 Elm Street
Dallas, TX 75202

Daniel Kincaid Photography
1144 San Rafael Avenue, Unit C
Glendale, CA 91203


Darrell Kinsley
1633 Tyler Drive
Fullerton, CA 92835


DAVIDA FASHION
1015 S. Crocker St #Q20
Los Angeles, CA 90021


DEBUT
1015 S. CROCKER ST. Q14
LOS ANGELES, CA 90021


DeLage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-8608


Demandware, Inc
5 Wall Street
Burlington, MA 18303


Demandware, Inc
5 Wall Street
Burlington, MA 18303


DIVA USA
1100  S. SAN PEDRO ST. #C-12
LOS ANGELES, CA 90015

DLA PIPER LLP
203 NORTH LASALLE ST., STE 1900
CHICAGO, IL 60601


DMX, INC.
PO BOX 660557
DALLAS, TX 75266-0557


DONG FANG QIU YUN, INC DBA ANABEL C
1100 SAN PEDRO ST #H2
LOS ANGELES, CA 90015


DREAMER ENTERPRISE, INC
1585 RIO VISTA AVE.
LOS ANGELES, CA 90023


DTE TRADING,INC /HOT BECH / VIVA US
1142 S. WALL STREET #102
LOS ANGELES, CA 90015


DUTCH ELECTROGUARD PVT, LTD
PLOT NO.63, SECTOR-18, GURGAON
91-124-4751900, HARYANA


DYNAMIC DESIGNS
Plot No.417, Pace City II Sector -3
Haryana, India


EAST LION CORP
18525 RAILROAD ST.
CITY OF INDUSTRY, CA 91748

Ebay Enterprise
7 South Main Street
3rd Floor
Wilkes Barre, PA 18701


ELITE CREATIONS UK, LTD
UNIT 8, THE COURTYARD, 100 VILLIERS
LONDON
UNITED KINGDOM NW2 5PL


ELMAH & ETHAN, LTD
PANTHAPATH LINK ROAD,KAWRANBAZAR
DHAKA Bangladesh


ENLIN FASHION INC
735 E. 12TH STREET, UNIT 111
LOS ANGELES, CA 90012


ENTERGY
PO BOX 8104
BATON ROUGE, LA 70891-8104


EVENT DBA ESKA, INC
750-1 E. 12TH ST.
LOS ANGELES, CA 90021


FANTAS EYES, INC
385 5TH AVE
NEW YORK, NY 10016


FASHION AI
1175 CROCKER ST.
LOS ANGELES, CA 90021

FASHION DISTRIBUTION CENTER, INC
1791 E. MARTIN LUTHER KING JR. BLVD
LOS ANGELES, CA 90058


FAWAZ A. ALHOKAIR & CO
PO Box Riyadh 11411
Al Shimaisy
Kingdom of Saudi Arabia


FB ACCESSORIES, INC
2828 LEONIS BLVD.
VERNON, CA 90058


FedEx
P.O. BOX 7221
PASADENA, CA 91109-7321


FedEx
P.O. BOX 7221
PASADENA, CA 91109-7321


FIESTA COLLECTION, INC
1261 BROADWAY, #810
NEW YORK, NY 10001


FINEMAN WEST & CO LLP
801 S Figueroa St, Suite 1000
LOS ANGELES, CA 90017


FINESSE NOVELTY CORP
2 CHANNEL DRIVE SUITE 200 2ND FLOOR
PORT WASHINGTON, NY 11050

First Colony Mall
16525 Southwest Freeway, Suite 1
Attn: General Manager
Sugar Land, TX 77479


First Colony Mall, LLC
c/o First Colony Mall LLC
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606


FIRST LOOK
721 E. 12TH STREET #1
LOS ANGELES, CA 90021


FORD GLORY, INC
147 W 35TH ST. #1603
NEW YORK, NY 10001


Fort Bend County Tax Assessor
1317 Eugene Heimann Circle
Richmond, TX 77469


FOSTER QUAN LLP
600 TRAVIS STREET, SUITE#200
HOUSTON, TX 77002


G & H TEXTILES TRADING, INC
1988 CAMFIELD AVE
LOS ANGELES, CA 90040


GALE TRIANGLE
11204 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

GAROTA, INC
1188 S. SAN PEDRO, UNITE S
LOS ANGELES, CA 90015


GAZE USA, INC
1665 MATEO STREET
LOS ANGELES, CA 90021


GGC ACCESSORY, INC DBA PRINCESS ACC
3100 BANDINI BLVD.
VERNON, CA 90058


GGP - Homart II  LLC.
PO BOX 86
Minneapolis, MN 55486-1851


GGP-Tucson Mall, L.L.C.
c/o Tucson Mall
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606


Glendale Galleria
100 W. Broadway
Attn: General Manager
Glendale, CA 91210


Glendale I Mall Associates, LLC
P.O. Box 860116
Minneapolis, MN 55486-0116


Glendale I Mall Associates, LP
c/o Glendale Galleria
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606

GLOBAL CLOTHING NETWORK, INC DBA OV
120 BRIGHTON ROAD, UNIT 3
Clifton, NJ 07012


GOLDEN WEST FOOTWEAR, INC
16750 CHESTNUT ST.
CITY OF INDUSTRY, CA 91748


GOOD MORNING JEWELRY CORPORATION
39 W. 29TH STREE, FL 2
NEW YORK, NY 10001


HAVE FASHION, INC
3360 E. PICO BLVD
LOS ANGELES, CA 90023


HD FASHION
942 TOWNE AVE #101
LOS ANGELES, CA 90021


HERMANOS KAYBEE(HK), LTD
UNIT10,1/F.SILVERCORD,30 CANTON RD
TSIMSHATSUI KOWLO
HONG KONG


HG Galleria I, II, III, LP
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204


HIDALGO COUNTY TAX ASSESSOR-COLLECT
2804 U.S 281
EDINBURG, TX 78539

HIGH HOPE INT'L GROUP JIAGSU NATIVE
Room 711, No. 91 Baxia Road
NANJING 210001


IFRANCHISE GROUP
905 W. 17TH STREET, 2ND FLOOR
HOMEWOOD, IL 60430


IMAGINE
1045 TOWNE AVE.
LOS ANGELES, CA 90021


INFO-TECH RESEARCH GROUP
602 QUEENS AVENUE
TORONTO ONTARIO
CANADA


INTERI, INC
1169 CROCKER ST.
LOS ANGELES, CA 90021


INTERNATIONAL INSPIRATIONS LTD
362 FIFTH AVENUE SIXTH FLOOR
NEW YORK, NY 10001


INTERNATIONAL SILVER
35 WEST 31ST STREET SUITE 1103
NEW YORK, NY 10001


INTOUCH FOOTWEAR, INC
1100 S. HATCHER AVE STE C
CITY OF INDUSTRY, CA 91748

INTRACO INC dba SOMETHING SPECIAL
6333 CORSAIR STREET
COMMERCE, CA 90040


Iron Mountain Inc.
PO Box 601002
Pasadena, CA 91189-1002


IT CLOSET
3335 E. PICL BLVD
LOS ANGELES, CA 90023


ITSME JEAN, INC DBA I & M JEANS USA
1100 S. SAN PEDRO ST. #L-1
LOS ANGELES, CA 90015


IVY DBA BLUE MINT
1105 TOWNE AVE SUITE #4
LOS ANGELES, CA 90021


J Cat Beauty Enterprise LLC
10031 Pioneer Blvd.
Santa Fe Springs, CA 90670


J P ORIGINAL CORP
19101 E. WALNUT DR. NORTH
CITY OF INDUSTRY, CA 91748


JACARANDA CLOTHING, INC
732 E. 10TH ST #102
LOS ANGELES, CA 90021

JACOB SUPPLIES, INC DBA HEART AND H
2424 E. 26TH STREET
VERNON, CA 90058


JAN-PRO CLEANING SYSTEMS
15810 PARK TEN PLACE SUITE#135
HOUSTON, TX 77084


JANICE FASHION, INC
1015 S. CROCKER ST. #Q-13
LOS ANGELES, CA 90021


JASKA BUILDING SYSTEMS
9155 ARCHIBALD AVE., SUITE 902
RANCHO CUCAMONGO, CA 91730


JAYMY, INC DBA PINKLICIOUS
807 E. 12TH STREET, #132
LOS ANGELES, CA 90021


JESCO FOOTWEAR GROUP INC
37 WEST 37TH STREE SUITE 301
NEW YORK, NY 10018


JOIA TRADING, INC
1020 S. CROCKER ST.
LOS ANGELES, CA 90021


KATIA FASHION CORP DBA INA FASHION
758 E. 14TH ST, 1ST FL
LOS ANGELES, CA 90021

KC EXCLUSIVE, INC DBA ZENANA
1100 S. SAN PEDRO ST. #M10
LOS ANGELES, CA 90015


KETER ENVIROMENTAL SERVICES, INC.
1177 HIGH RIDGE ROAD
STAMFORD, CT 6905


KIMERA INTERNATIONAL, INC
827 LAWSON ST.
CITY OF INDUSTRY, CA 91748


Klein ISD/Tax Assessor
7200 Spring-Cypress Road
Spring, TX 77379


KUEHNE + NAGEL
PO BOX 894095
LOS ANGELES, CA 90189


L.A. Carton
5100 South Santa Fe Avenue
Los Angeles, CA 90058


L.A. PAYTON, TAX ASSESSOR-COLLECTOR
P.O. BOX 19037
HOUSTON, TX 77224


LA DOUBLE 7 INC
13825 BENSON AVENUE
CHINO, CA 91710

```
LAURA A. LAUTERIO
1811 WHITLEY AVENUE #301
LOS ANGELES, CA 90028


LEGEND FOOTWEAR, INC
19445 E. WALNUT DRIVE NORTH
CITY OF INDUSTRY, CA 91789


LINE UP
1039 E. TOWNE AVE.
LOS ANGELES, CA 90021


Listrak, Inc.
529 E. Main Street
Lititz, PA 17543


Listrak, Inc.
529 E. Main Street
Lititz, PA 17543


Lora Lee Bell Dba Paradise Balloon
11700 Buffington Street
Bakersfield, CA 93312


Los Angeles Tax Collector
225 N. Hill Street
Los Angeles, CA 90012


LOVE & LOVE FASHION GROUP, INC
740 E. PICE BLVD, #115
LOS ANGELES, CA 90021
```

```
LOVE REPUBLIC
732 E. 10TH ST. STE #106
LOS ANGELES, CA 90021


LOVELY DAY FASHION
1015 S. CROCKER ST. #S03
LOS ANGELES, CA 90021


LS RETAIL
ICELAND


LUCENT PRODUCT, INC DBA LUNETTE EYE
5515 DANIELS STREET
CHINO, CA 91710


LUVDEL KNIT TRIMMING
5633 S. MAIN ST
LOS ANGELES, CA 90037


M.B. Epstein Construction Californi
990 E. 17th Street, Suite 106
Tucson, AZ 85179


MA'AM ARTS
G1-51, SITAPURA INDUSTRIAL AREA
JAIPUR-302022 INDIA


Mach1 Global Services, Inc
1530 E Broadway
Tempe, AZ 85282
```

```
MANAGEMENT RECRUITERS
11611 N MERIDIAN STREET, SUITE 650
CARMEL, IN 46032


MAYLAND, INC
VERNON, CA 90058



MB DESIGN, INC  DBA MICHEL
727 E. PICO BLVD, STE 7
LOS ANGELES, CA 90021


MC CARGO GROUP INC
783 E. PICO BLVD.
LOS ANGELES, CA 90021


MCGINN USA, INC DBA PLASTIC ISLAND
807 MATEO ST
LOS ANGELES, CA 90021


ME IN CORPORATION dba COLOR SWATCH
1015 S. CROCKER ST #Q26A
LOS ANGELES, CA 90021


MEMORIAL CITY MALL
PO BOX 200256
DALLAS, TX 75240


Memorial City Mall
820 Gessner, Suite 1800
Attn: Legal Department
Houston, TX 77024
```

Memorial City Mall
303 Memorial City Way
Attn: Mall Manager
Houston, TX 77024


MEZZANINE USA
1015 S. CROCKER ST, R29
LOS ANGELES, CA 90021


MI IN FASHION, INC
1001 TOWNE AVE #108
LOS ANGELES, CA 90021


MICHELLE
1100 S. SAN PEDRO ST. A-2
LOS ANGELES, CA 90015


MIJU INTERNATIONAL
3131 BANDINI BVLD
VERNON, CA 90058


MIKE SULLIVAN TAX ASSESSOR-COLLECTO
P.O BOX 3547
HOUSTON, TX 77024


MIKE SULLIVAN TAX ASSESSOR-COLLECTO
P.O BOX 3547
HOUSTON, TX 77024


MIKYE APPAREL, INC
750 E.14TH ST #109
LOS ANGELES, CA 90021

MINETTE APPAREL
561 MATEO ST.
LOS ANGELES, CA 90013


Minty
721 East 12th St, Unit #6
Los Angeles, CA 90021


MISOPE DBA I JOAH
1100 S. SAN PEDRO ST #A7
LOS ANGELES, CA 90015


Model Two Management, LLC
8899 Beverly Blvd., #507
Los Angeles, CA 90048


MODERN BRIDGE INTERNATIONAL CO, LTD
ROOM 1012A, PARKVIEW SQUARE, NO. 96
960 JIE FANG BEI ROAD
GUANGZHOU 510030


MON AMI
734 E. 12 TH STREET UNIT #A
LOS ANGELES, CA 90021


MOON COLLECTION, INC
1635 E. 23RD STREET
LOS ANGELES, CA 90015


Motive Enterprises, Inc.
1834 E. 22nd Street
Los Angeles, CA 90058

```
MUST HAVE, INC DBA DANBEE
1016 TOWNE AVE #122
LOS ANGELES, CA 90021


Mystery Researchers, LLC
1718 Peachtree Street NW, Suite 550
Atlanta, GA 30309


NABI TRADING INC
3121 BANDINI BLVD
VERNON, CA 90058


NATIONWIDE
5202 SHADOWBEND DRIVE, STE#101
THE WOODLANDS, TX 77381


New Rivercenter Mall II L.P.
849 Commerce Street
San Antonio, TX 78205


NOBLE U
1015 S. CROCKER ST. #R-21
LOS ANGELES, CA 90021


NORTHSTAR MALL LLC
PO Box 86
Mnneapolis, MN 55486-2770


Nova, Inc.
362 5th Ave. #101
New York, NY 10001
```

```
NURI IMPORT, INC
1219 S. LOS ANGELES ST
LOS ANGELES, CA 90015


ODES/ODIN COMMISSION
1239 BROADWAY, ROOM 603
NEW YORK, NY 10001


ODIN
1239 BROADWAY #603
NEW YORK, NY 10001


OFFICE DEPOT
6446 TELEGRAPH ROAD
COMMERCE, CA 90040


OH MY JULIAN, INC
1100 S. SAN PEDRO STREET, #D8
LOS ANGELES, CA 90015


OHL - INTERNATIONAL
62216 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-6221


OPPO ORIGINAL CORP
108-118 BREA CANYON RD
CITY OF INDUSTRY, CA 91789


Pablo Villareal Hidalgo County Tax
2804 S US Hwy 281
Edinburg, TX 78539
```

```
Park Mall, L.L.C.
c/o Park Place
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606


Park Place
5870 East Broadway Blvd.
Attn: General Manager
Alcalde, NM 87511


PARKS AT ARLINGTON LLC
SDS 12-2881 PO BOX 86
Minneapolis, MN 55486-2881


Parks At Arlington, LLC
110 N. Wacker Dr.
Attn: Law/Lease Admintration Dept
Chicago, IL 60606


Partnership, LLC
500 East Lorain Street
Oberlin, OH 44074


Pima County Treasurer
PO BOX 29011
Phoenix, AZ 85038-9011


PINK USA JEWLERY, INC
1458 S. SAN PEDRO ST #310
LOS ANGELES, CA 90015


PLANET B
860 S. LOS ANGELES STREET
LOS ANGELES, CA 90020
```

```
POL CLOTHING INC
735 EAST 12TH ST
LOS ANGELES, CA 90021


PPF Ind 2825 S. Santa Fe Avenue LP
c/o Morgan Stanley
555 California Street, Floor 21
Attn: Joseph Finnigan
San Francisco, CA 94104


PPF Ind 2825 S. Santa Fe Avenue LP
c/o Morgan Stanley
555 California Street, Floor 21
Attn: Elton Lee
San Francisco, CA 94104


PPF Industrial 2825 S. Santa Fe Ave
P.O. Box 101317
Pasadena, CA 91189-1317


PURE BLUE CORPORATE
747 EAST 10ST UNIT 115 A
LOS ANGELES, CA 90021


QINGDAO FINETEX IMPORTS & EXPORTS C
RM 303, BUILDING 4. NO. 19 FUZHOUNA
SHINAN DISTRICT
QINGDAO


RACHEL KATE DBA RNK PRODUCTION, INC
807 E. 12TH ST. #105
LOS ANGELES, CA 90021


REALPLAY CORP DBA RIPLAY
18856 SAN JOSE AVE.
CITY OF INDUSTRY, CA 91748
```

RED CIRCLE FOOTWEAR, INC
17910 E. AJAX CIRCLE
CITY OF INDUSTRY, CA 91748


REGGIANI LIGHTING USA INC
372 STARKE ROAD
Carlstadt, NJ 07072


Reyenne Parish
2208 Dean Avenue
Bakersfield, CA 93312


RJ IMPORTS
1350 S. BROADWAY
LOS ANGELES, CA 90015


ROBYN G ACCESSORIES
389 FIFTH AVE SUITE 1012
NEW YORK, NY 10028


RON WRIGHT TARRANT COUNTY TAX ASSES
100 E. WEATHERFORD
FORT WORTH, TX 76196


RON WRIGHT TARRANT COUNTY TAX ASSES
100 E. WEATHERFORD
FORTH WORTH, TX 76196


RUTAN & TUCKER, LLP
611 ANTON BLVD. SUITE#1400
COSTA MESA, CA 92628-1950

```
S & J FIRST TRADING, INC
1300 S. SAN PEDRO ST. #102
LOS ANGELES, CA 90015


S & P TRADING, INC
906 E. PICO BLVD.
LOS ANGELES, CA 90021


SAN JULIAN FASHION
770 E. 12TH ST. #3
LOS ANGELES, CA 90021


SASSY APPAREL, INC DBA AVAILABLE
800 E. 12TH STREET. # 102
LOS ANGELES, CA 90021


SEGURU FASHION JEWLRY CORP
34 W. 32ND STREET 11TH FL
NEW YORK, NY 10001


Servicios Shasa, S. De R.L. De C.V.
Boulevard Aeropuerto Miguel Aleman
11 Rancho El Rosario
Lerman De Villada Mexico
Estado De Mexico, C.P., IA 52000


Servicios Shasa, S. De R.L. De C.V.
Boulevard Aeropuerto Miguel Aleman
11 Rancho El Rosario
Lerman De Villada Mexico
Estado De Mexico, C.P., IA 52000


Servicios Shasa, S. De R.L. De C.V.
Boulevard Aeropuerto Miguel Aleman
11 Rancho El Rosario
Lerman De Villada Mexico
Estado De Mexico, C.P., IA 52000
```

Servicios Shasa, S. De R.L. De C.V.
Boulevard Aeropuerto Miguel Aleman
11 Rancho El Rosario
Lerman De Villada Mexico
Estado De Mexico, C.P., IA 52000


SHALOM INTERNATIONAL
1050 A.BOY AVE SUITE 1
PERTH AMBOY, NJ 8861


SHANGHAI JINGTONG INT'L TRADING CO,
5TH FL, XING BUILDING, NO.1 HE NAN
SHANGHAI


SHINHWA CORP DBA QINGDAO SHINHWA HO
2100 S. HILL STREET
LOS ANGELES, CA 90007


SHOE DYNASTY, INC
18058 ROWLAND ST
CITY OF INDUSTRY, CA 91748


SHOE MAGNATE, INC
18560 E. SAN JOSE AVE.
CITY OF INDUSTRY, CA 91748


Simon Property Group (Texas), L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


Simon Property Group (Texas), L.P.
Braun, Browne & Associates, P.C.
300 Saunders Road, Suite 100
Attn. Sheldon Braun, Esq
Deerfield, IL 60015

Simon Propety Group (Texas), L.P.
M.S. Management Associates, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438


SIMONGLOVER, INC.
3293 PACIFIC AVE.
LONG BEACH, CA 90807


SKD PACIFIC, LTD
3C FREDER CENTRE
3 MOK CHEONG STREET
TOKWAWAN
HONG KONG


SMAC FOOTWEAR DIVISION
17559 ROWLAND STREET
CITY OF INDUSTRY, CA 91748


Smart Retail LLC
2827 S Santa Fe Avenue
Vernon, CA 90058


SML STYLE USA
110 East 9th Street, Suite A1263
Los Angeles, CA 90079


SO BEAUTIFUL, INC
783 E. PICO BLVD
LOS ANGELES, CA 90021


SOCIETY FOR HUMAN RESOURCE MANAGEME
P.O. BOX 791139
BALTIMORE, MD 21279-1139

```
SOLO LA FE
1194 CROCKER ST.
LOS ANGELES, CA 90021


SOUL FLOWER SA DE CV
HIDALGO 811-A COL. ARTESANOS
GUADALAJARA
JALISCO MEXICO


Southwest Signs & Graphics
8992 Preston Road, Suite 110
TACL 18511
Frisco, TX 75034


SOUTHWESTSIGNS
7208 SWW WHITE ROAD
SAN ANTONIO, TX 78222-5204


Spring Branch ISD/Tax Assessor
16717 Ella Blvd.
Houston, TX 77090


SSONAGI
807 E. 12TH ST.,STE #103
LOS ANGELES, CA 90021


Stanley Converge Security Solutions
Dept CH 10651
Palatine, IL 60055


STAPLES
PO BOX 83689
CHICAGO, IL 60696-3689
```

State Tax Advisors, LP
1308 Kingwood Drive, Suite 102
Kingwood, TX 77339


Statement Accessories LLC
10 West 33rd Street
Suite 715
New York, NY 10001


STYLE MELODY, INC
1053 S. TOWNE AVE.
LOS ANGELES, CA 90021


SUN'S TRADING COF
2345 S. SANTA FE AVE.
LOS ANGELES, CA 90058


SWOON-GLOBALONE LA TRADING, LTD
1100 S. SAN PEDRO ST  #K1
LOS ANGELES, CA 90015


Tammy Mcrae Tax Assessor
400 N. San Jacinto St.
Conroe, TX 77301


TECH EXCEL
3675 MT. DIABLO BLVD,   SUITE#200
LAFAYETTE, CA 94549


teen bell
110 East 9th Street, Suite A1263
Los Angeles, CA 90079

TEENBELL
1100 S. SAN PEDRO ST. #N-2
LOS ANGELES, CA 90015


Texas Comptroller
111 East 17th Street
Austin, TX 78711


THE CLASSIC DBA HAN CLOTHING
1202 S. MATEO ST
LOS ANGELES, CA 90021


THE CLASSIC DBA HAN CLOTHING
1202 S. MATEO ST
LOS ANGELES, CA 90021


The Creme Shop
819 S. Gladys Avenue
Los Angeles, CA 90021


THE PAGE INC
1015 CROCKER ST, R37
LOS ANGELES, CA 90015


The Parks at Arlington
3811 South Cooper Street
Attn.: General Manager
Arlington, TX 76015


THE VINTAGE SHOP
1015 S. CROCKER ST #R17
LOS ANGELES, CA 90021

```
The Woodlands Mall
c/o The Woodlands Mall Assoc. LLC
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606


The Woodlands Mall
1201 Lake Woodlands Dr, Suite 700
Attn: General Manager
Spring, TX 77380


Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067


TIMING, INC
2809 S. SANTA FE AVE.
VERNON, CA 90058


Titan Executive Search Partners, LL
212 Yacht Club Way, Suite A1
Redondo Beach, CA 90277


TOPSON DOWNS OF CALIFORNIA, INC
3840 WATSEKA AVE.
CULVER CITY, CA 90232


TOVIA, INC
1228 1/2 S. SAN PEDRO
LOS ANGELES, CA 90015


TRAC
1100 S. SAN PEDRO ST. UNIT N-09
LOS ANGELES, CA 90015
```

Trapco, S.A. De C.V.
Boulevard Aueropuerto Miguel Aleman
11 Rancho El Rosario
Lerma De Villada
Estado De Mexico, C.P., IA 52000


TRAVIS COUNTY TAX OFFICE
5501 AIRPORT BLVD.
AUSTIN, TX 78751


TRIUMPH/  JL CLOTHING INC
743 E 12TH ST
LOS ANGELES, CA 90021


TUCKER ELLIS, LLP
950 MAIN AVENUE
CLEVELAND, OH 44113-7213


TUCSON ELECTRIC POWER
P.O. BOX 80077
PRESCOTT, AZ 86304-8077


Tucson Mall
4500 N. Oracle Road
Attn: General Manager
Tucson, AZ 85705


Tyco Integrated Security
P.O. Box 371967
Pittsburg, PA 15250-7967


TYCO INTEGRATED SECURITY SENSORMATI
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

TYCOONS ENTERPRISE GROUP, LLC DBA M
7936 E. AJAX CIRCLE
CITY OF INDUSTRY, CA 91748


U & I IMPORT, INC
7 WEST 30TH ST.
NEW YORK, NY 10001


UP FASHION
1239 BROADWAY, SUITE #401
NEW YORK, NY 10001


URBAN MIX, INC
807 E. 12TH ST. #149
LOS ANGELES, CA 90021


VALLEY PLAZA MALL
2701 MING AVE
BAKERSFIELD, CA 93304


Valley Plaza Mall
2701 Ming Avenue
Attn: General Manager
Bakersfield, CA 93304


Valley Plaza Mall, LP
c/o Valley Plaza Mall
110 N. Wacker Drive
Attn: Law/Lease Administration Dept
Chicago, IL 60606


VANILLA BAY DBA CHOU CHOU
800 E. 12TH ST. #106
LOS ANGELES, CA 90021

Versatile Rack Co.
5232 Alcoa Avenue
Vernon, CA 90058


VIA VAI
762 E. 12TH ST. UNIT #2
LOS ANGELES, CA 90021


VIDA CLOTHING
726 E. 12TH ST STE #310
LOS ANGELES, CA 90021


VIET AN INDUDSTRIAL PRODUCTION & TR
226 LE LAI
NGO QUYEN Hai Phong


VISION
721 E 10TH ST
LOS ANGELES, CA 90021


VIVACE DESIGN
726 E. 12TH ST. #116
LOS ANGELES, CA 90021


WESTWOOD FOOTWEAR CORP
18955 E. RAILROAD ST.
CITY OF INDUSTRY, CA 91748


WILHELMINA WEST, INC
9378 WILSHIRE BLVD, STE 310
BEVERLY HILLS, CA 90212

```
WiLine
8915 S. La Cienega Blvd.
Suite D
Inglewood, CA 90301


WINDSTREAM
PO BOX 9001908
LOUISVILLE, KY 40290-1908


WINGS MANUFACTURING CORPORATION
15 WILKINSON AVE
NEW JERSEY CITY, NJ 7305


WOODLANDS METRO CENTER MUD
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829


WOODLANDS METRO CENTER MUD
P.O. BOX 7829
THE WOODLANDS, TX 77387-7829


WOW KNIT, INC DBA WOW COUTURE
1012 CROCKER STREET
LOS ANGELES, CA 90021


XENOS FASHION, INC DBA SCOBE
2462 E. 28TH STREET
VERNON, CA 90058


YOKI FASHION INTERNATIONAL, LLC
1410 BROADWAY SUITE 1005
1022 Lawson Street
NEW YORK, NY 10018
```

ZERMAT INTERNACIONAL, S.A. DE C.V.
3540 W. T.C. JESTER
HOUSTON, TX 77018


ZHEJIANG SHINDAI SANSHUN TRADING CO
1888 JIANGHUI RD
HANGZHOU CHINA


ZHEJIANG YITING KNITTING CO, LTD
QIUSHI RD 106 BEIYUAN INDUSTRIAL AR
YIWU CITY
Zhejiang


ZINGA, INC
1100 S. SAN PEDRO STREET, STE I-02
LOS ANGELES, CA 90015