| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br>_dgoodrich @to2.law_<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>(714) 966-1000 Phone<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Chapter 7 Trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re:<br><br>SHASA USA LLC, | CASE NO.: 2:15-bk-11688-ER |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:
1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is September 30, 2024.
3. Cash disbursements period: April 1, 2024 to through May 31, 2024.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: April 1, 2024

/s/ David M. Goodrich
_____
Signature of the chapter 7 trustee or the trustee's attorney


David M. Goodrich
_____
Printed name of the chapter 7 trustee or the trustee's attorney

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                          Page 2                          **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**DECLARATION OF TRUSTEE**

I, <u>David M. Goodrich</u>, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2024 | David M. Goodrich | /s/ David M. Goodrich |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                   Page 3                      **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

The Trustee has liquidated all assets of the estate.  Although the bankruptcy estate is ready for a final distribution and closure, the Internal Revenue Service ("IRS") has unilaterally extending the 60-day deadline for a prompt determination of the Estate's tax returns.  Until a prompt determination has been made by the IRS, the Trustee believes case closure is improvident.

The Trustee recently received a notice of balance due from the IRS for the year ending 2018 in the amount of $12,000.00.  The Trustee believes sufficient funds exist to pay the IRS' post-petition claim without harming creditors holding claims of a higher priority.  As such, the Court should grant this motion.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                          Page 4                                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

$ _____ Other: _____

**Total:** $ _____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 5                          **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

    $_____ Locksmith Services

    $_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

    $_____ Advertising Sale of Assets

    $_____ Books and Records Destruction Costs

    $_____ Post petition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not reconversion taxes

    $_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

    $12,000.00 Other: 2018 IRS Balance

    $_____ Other: _____

    $_____ Other: _____

**Total: $12,000.00** -   Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

The accountant has finalized the estate's tax returns (which reflect a balance of $12,000.00) to the IRS.  The trustee is seeking authorization to pay the amount due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 6                              **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**



Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0039



| Notice | CP162 |
| --- | --- |
| Tax period | December 31, 2018 |
| Notice date | November 15, 2021 |
| Employer ID number | 74-3262478 X |
| To contact us | Phone 800-829-0115 |
| Page 1 of 3 | |

121801.177247.178592.11067 1 AV 0.426 697



SHASA USA LLC
DAVID M GOODRICH RECEIVER
650 TOWN CENTER DR STE 600
COSTA MESA  CA  92626-7121

121801

# We charged a penalty on your Partnership tax return

## Why you are getting this notice

We charged a penalty under Internal Revenue Code Section 6698(a)(1) because, according to our records, you filed your partnership return late.

Continued on back...



SHASA USA LLC
DAVID M GOODRICH RECEIVER
650 TOWN CENTER DR STE 600
COSTA MESA  CA  92626-7121

| Notice | CP162 |
| --- | --- |
| Notice date | November 15, 2021 |
| Employer ID number | 74-3262478 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Employer ID number (74-3262478), the tax period (December 31, 2018), and the form number (1065) on your payment and any correspondence.

INTERNAL REVENUE SERVICE
OGDEN, UT  84201-0039

**Amount due by
December 6, 2021**

$12,000.00

743262478 HU SHAS 06 2 201812 670 00001200000

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3070 Bristol Street, Suite 640

Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) April 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Daniel M Anderson    danderson2000@gmail.com, erin.lovins@icemiller.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com,
  jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Michael Jay Berger    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Ronald K Brown    ron@rkbrownlaw.com
- Jay J Chung    jaychung@leeanavchung.com, bk.jaychung@lacwkrr.com
- Jaenam J Coe    coelaw@gmail.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;clare@lesliecohenlaw.com
- Jerome S Demaree    stan@demaree-law.com
- John P Dillman    houston_bankruptcy@lgbs.com
- Carter L George    cgeorge@kslaw.com, srodriguez@kslaw.com
- David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Keon H Han    khan@lhplaw.com, echoi@lhplaw.com
- Mark S Horoupian    mark.horoupian@gmlaw.com,
  mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- Sarah Kyung Jun    sarah@junlaw.net, sjunlaw@gmail.com
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- William W Kim    william@parkandlim.com
- Sherrel Knighton    sherrel.knighton@lgbs.com
- Stuart I Koenig    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- K Tom Kohan    tom@kohanlawfirm.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Scott Lee    scott.Lee@lewisbrisbois.com
- Vincent Y Lin    lds@vincentlinlaw.com, yvl@vincentlinlaw.com
- Craig E Lindberg    craig.lindberg@fedex.com, jlpolson@fedex.com,lashauna.hale-johnson@fedex.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- David W. Meadows    david@davidwmeadowslaw.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-
  law,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Dale J Park    daleparklawyer@gmail.com, dalejparklaw@yahoo.com
- Kurt Ramlo    kr@lnbyg.com, kr@ecf.courtdrive.com
- Diane W Sanders    austin.bankruptcy@publicans.com
- Rowena Santos    rsantos@thompsoncoburn.com, lstevens@thompsoncoburn.com,bgutierrez@thompsoncoburn.com
- Steven P Scandura    sps401@gmail.com, serene.c84@gmail.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 7                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

- Owen M Sonik    osonik@pbfcm.com, tpope@pbfcm.com
- Jason A Starks    bk-jstarks@texasattorneygeneral.gov
- John M Stern    bk-jstern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Nico N Tabibi    nico@tabibilaw.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Elizabeth Weller    Dora.Casiano-Perez@lgbs.com
- Steven Werth    steven.werth@gmlaw.com,
  swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com
- Michael H Yi    myi@yimadrosenlaw.com, r53621@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (date) April 1, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached.**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2024 | Lorraine Robles | /s/ Lorraine Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 8                    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 2. SERVED BY U.S. MAIL

| | | |
|---|---|---|
| PPF Industrial<br>c/o Law Offices Of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660-3018 | 12K Apparel NY, LLC<br>1407 Broadway<br>Suite 1022<br>New York, NY 10018-3255 | 8th Street Enterprise Inc.<br>777 South Central Avenue<br>Los Angeles, CA 90021-1507 |
| 26 International<br>1500 South Griffith Avenue<br>Los Angeles, CA 90021-2128 | A Ellen<br>807 East 12th<br>Suite 118<br>Los Angeles, CA 90021-2174 | A & B Fashion, Inc<br>710 East Pico Boulevard<br>Suite 107<br>Los Angeles, CA 90021-2182 |
| Accessories West Imports<br>15500 Erwin Street<br>No. 1109<br>Van Nuys, CA 91411-1027 | A-Check America Inc.<br>Post Office Box 29048<br>Glendale, CA 91209-9048 | ADF Family Trust<br>2827 South Santa Fe Avenue<br>Vernon, CA 90058-1408 |
| Acquarium, Inc d/b/a Carmin<br>794 East 12th Street<br>Los Angeles, CA 90021-2102 | Again Trading Corp<br>1239 Broadway<br>12th Floor<br>New York, NY 11223 | ADT Security Service<br>Post Office Box 672279<br>Dallas, TX  75267-2279 |
| Albert Uresti Bexar County Tax Asse<br>233 North Pecos La Trinidad<br>San Antonio, TX 78207-3175 | Airmar Transportes Internacionales<br>Norte 174 No. 549 Col. Pensador<br>C.P. 15510 Deleg. Venustiano Carran<br>D.F Mexico | Amen Trading, Inc<br>3183 Bandini Boulevard<br>Vernon, CA 90058-4134 |
| Alt B<br>766 East 12th Street<br>No. C<br>Los Angeles, CA 90021-2190 | Ana Accessories Corporation<br>940 Crocker Street<br>No. 101<br>Los Angeles, CA 90021-2289 | Amici Accessories Ltd<br>39 West 37th Street<br>2nd Floor<br>New York, NY 10018-0213 |
| Ann Kim Fashion Accessory d/b/a Af De<br>2115 East 27th Street<br>Vernon, CA 90058-1103 | Anderson/LA<br>3550 Tyburn Street<br>Los Angeles, CA 90065-1427 | Arihant Exports<br>901 Sapphire Plaza<br>Dadabhai Cross Road<br>Dadabhai, 40056 |
| Apparel Avenue, d/b/a La Bijou<br>1168 Crocker Street<br>Los Angeles, CA 90021-2014 | AT&T<br>One AT&T Way<br>Bedminster, NJ 07921-2694 | Asiana Trading, Inc<br>4320 South Santa Fe Avenue<br>Los Angeles, CA 90058-1715 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| ATC Construction<br>3532 Broadway<br>Pearland, TX 77581-4307 | AT&T<br>Post Office Box 5001<br>Carol Stream, IL 60197-5001 | Axesory Source<br>11880 Community Road<br>Suite 340<br>Poway, CA 92064-8876 |
| Atlas Fashion Jewelry Corp<br>1239 Broadway<br>No. 501<br>New York, NY 10001-4366 | Any Enterprise, Inc.<br>1250 South Broadway<br>Los Angeles, CA 90015-2108 | Ayman Fashionwear Limited<br>House #8 (3rd Floor), Road #07<br>Uttara, Dhaka-1230<br>Bangladesh |
| Arizona Department Of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007-2650 | Apparel Candy<br>3022 South Grand Avenue<br>Los Angeles, CA 90007-3813 | Armando Ernesto Dollero Figueroa<br>2827 South Santa Fe Avenue<br>Vernon, CA 90058-1408 |
| Armando Dellaro<br>2827 South Santa Fe Avenue<br>Vernon, CA 90058-1408 | AT&T<br>Post Office Box 105414<br>Atlanta, GA 30348-5414 | Asia Pacific Trading Co., Inc.<br>5132 South Alameda Street<br>Vernon, CA 90058-3418 |
| AT&T  U-Verse<br>Post Office Box  5014<br>Carol Stream, IL 60197-5014 | AT&T<br>Post Office Box 5025<br>Carol Stream, IL 60197-5025 | B. My Apparel, Inc d/b/a Sugarmint<br>807 East 12th Street<br>No. 150<br>Los Angeles, CA 90021-2176 |
| B#-Sharp Collection, Inc<br>1162 South Crocker Street<br>Los Angeles, CA 90021-2014 | Blair Keough<br>19737 Welby Way<br>Winnetka, CA 91306-4338 | BBC Apparel Group LLC<br>1407 Broadway<br>Suite 506<br>New York, NY 10018-5100 |
| Blue Ambrosia<br>2323 East 52nd Street<br>Vernon, CA 90058-3443 | Blucean Corp d/b/a  Manito Usa<br>807 East 12th Street<br>Suite No. 101<br>Los Angeles, CA 90021-2174 | BOA Style, Inc<br>1226 South San Pedro Street<br>Los Angeles, CA 90015-2612 |
| Blue Planet International, Inc.<br>1526 East Washington Boulevard<br>Los Angeles, CA 90021-3122 | Bonded Apparel, Inc<br>800 McGarry Street<br>5th Floor<br>Los Angeles, CA 90021-1951 | Bonage USA, LLC<br>807 E 12th St, Ste 113<br>Los Angeles, CA  90021-2174 |
| Bozzolo, Inc<br>1015 South Crocker Street<br>No. Q-5<br>Los Angeles, CA 90021-2063 | Boss Facility Services, Inc.<br>1 Roebling Court<br>Ronkonkoma, NY 11779-9202 | Baybrook Mall, LLC<br>Attn: Law/Lease Administration<br>Department<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Baybrook Mall<br>Attn.: General Manager<br>500 Baybrook Mall<br>Friendswood, TX 77546-2796 | Bruce Elfant/Tax Assessor-Collector<br>Post Office Box 149328<br>Austin, TX 78714-9328 | Bluemoon/Digital Inc.<br>1512 Larimer Street<br>Suite 800<br>Denver, CO 80202-1610 |
| C. Luce, Inc d/b/a TCEC<br>1016 Towne Avenue<br>Suite #108<br>Los Angeles, CA 90021-2078 | Buyermex, S.A. De C.V.<br>Blvd. Aeropuerto Miguel Aleman<br>11 Rancho El Rosario<br>Lerma Mexico<br>Estado De Mexico, C.P., IA 52000 | Cali Bijou, Inc<br>1237 South Los Angeles Street<br>Los Angeles, CA 90015-2538 |
| Cachet Creations Inc d/b/a Cristals<br>128 Charlotte Avenue<br>Hicksville, NY 11801-2620 | Cameo Manufacture & Wholesale<br>726 East 12th Street<br>No. 110<br>Los Angeles, CA 90021-2139 | California Chamber Of Commerce<br>Post Office Box 537016<br>Sacramento, CA 95853-7016 |
| Cape Robbin, Inc<br>1020 South Lawson Street<br>City Of Industry, CA 91748-1107 | Candy Rose Apparel<br>1015 South Crocker Street<br>Suite R05<br>Los Angeles, CA 90021-2065 | CBeyond On Line<br>Post Office Box 848432<br>Dallas, TX 75284-8432 |
| Cavalini, Inc d/b/a Ci Sono<br>1536 South Alameda Street<br>Los Angeles, CA 90021-2836 | Celeste<br>798½ East 12th<br>Unit No. 2<br>Los Angeles, CA 90021-2148 | CDF Family Trust<br>2827 South Santa Fe Avenue<br>Vernon, CA 90058-1408 |
| Cesem<br>754-1 East 12th Street<br>Los Angeles, CA 90021-2102 | Cenit<br>Los Angeles, CA 90021 | Chic Black, Inc d/b/a Di Lusso<br>807 East 12th Street<br>No. 229<br>Los Angeles, CA 90021-2179 |
| Cilla Collection<br>1001 East 7th Street<br>No. C<br>Los Angeles, CA 90021-1501 | Cirro Energy Dallas Texas<br>Post Office Box 700608<br>Dallas, TX 75370-0608 | City Lighting Products Denver<br>7104 South Dillion Court<br>Englewood, CO 80112-4441 |
| City Of Tucson<br>255 West Alameda<br>Tucson, AZ 85701-1362 | City Of Vernon<br>4305 Santa Fe Avenue<br>Vernon, CA 90058-1714 | Clear Creek Island Tax Office<br>Post Office Box 650395<br>Dallas, TX 75265-0395 |
| Codigo<br>1016 Towne Ave, Unit 122<br>Los Angeles, CA 90021-2098 | Color Box, Inc d/b/a Diva<br>1100 South San Pedro Street<br>C-10<br>Los Angeles, CA 90015-2385 | Corra Technology, Inc<br>363 Bloomfield Avenue<br>Suite 3C<br>Montclair, NJ 07042-3655 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Costar International Enterprises, Inc<br>2200 East 27th Street<br>Vernon, CA 90058-1131 | Cotfab<br>A-170-172, Subhash Nagar Shopping (<br>Jaipur - 302 016 INDIA | County Of Montgomery Jr Moore Jr<br>400 North San Jacinto Street<br>Conroe, TX 77301-2823 |
| CPS Energy<br>Post Office Box 2678<br>San Antonio, TX 78289-0001 | CT Corporation<br>2875 Michelle Drive<br>Suite 100<br>Irvine, CA 92606-1024 | Culligan Of Santa Ana<br>502 South Lyon Street<br>Santa Ana, CA 92701-6362 |
| Cyrus JM Corp<br>29 West 30th Street<br>4th Floor<br>New York, NY 10001-4479 | California Franchise Tax Board<br>9646 Butterfield Way<br>Sacramento, CA 95827-1500 | California State Board Of Equalization<br>Post Office Box 942879<br>Sacramento, CA 94279-0001 |
| Carlo Dellaro<br>2827 South Santa Fe Avenue<br>Vernon, CA 90058-1408 | Carlo Dollero Figueroa<br>2827 S. Santa Fe Avenue<br>Vernon, CA 90058-1408 | Carlos Gonzalez<br>Rosemead, CA 91770 |
| Cbeyond<br>320 Interstate North Parkway<br>Atlanta, GA 30339-2213 | Central Parking Corp<br>315 East Commerce<br>Suite 200, San Antoni<br>Post Office Box 790402<br>St. Louis, MO 63179-0402 | City Of Tuscon<br>255 West Alameda-Second Floor<br>Post Office Box 27210<br>Tucson, AZ 85726-7210 |
| Cybercoders<br>File #54318<br>Los Angeles, CA 90074-4318 | Cybersource<br>Post Office Box 8999<br>San Francisco, CA 94128-8999 | Cybersource Corporation<br>Post Office Box 742842<br>Los Angeles, CA 90074-2842 |
| Daisy<br>1100 South San Pedro Street<br>No. E-1<br>Los Angeles, CA 90015-5313 | Davida Fashion<br>1015 South Crocker Street<br>No. Q20<br>Los Angeles, CA 90021-2064 | Debut<br>1015 South Crocker Street<br>Q14<br>Los Angeles, CA 90021-2064 |
| Diva USA<br>1100  South San Pedro Street<br>No. C-12<br>Los Angeles, CA 90015-2384 | DLA Piper LLP<br>203 North Lasalle Street<br>Suite 1900<br>Chicago, IL 60601-1263 | DMX, Inc.<br>Post Office Box 660557<br>Dallas, TX 75266-0557 |
| Dong Fang Qiu Yun, Inc d/b/a Anabel<br>C<br>1100 San Pedro Street<br>No. H2<br>Los Angeles, CA 90015-2350 | Dreamer Enterprise, Inc<br>1585 Rio Vista Avenue<br>Los Angeles, CA 90023-2619 | DTE Trading,Inc /Hot Bech / Viva Us<br>1142 South Wall Street<br>No. 102<br>Los Angeles, CA 90015-2325 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Dallas County Tax Office<br>500 Elm Street<br>Dallas, TX 75202-6308 | Dynamic Designs<br>Plot No. 417, Pace City II Sector -3<br>Haryana, India | Darrell Kinsley<br>1633 Tyler Drive<br>Fullerton, CA 92835-2146 |
| Daniel Kincaid Photography<br>32151 Trial Rd<br>Agua Dulce, CA  91390-4767 | Demandware, Inc<br>5 Wall Street<br>Burlington, MA 01803-4770 | Delage Landen Financial Services<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| Elite Creations UK, Ltd<br>Unit 8, The Courtyard, 100 Villiers<br>London<br>United Kingdom, NW2 5PL | East Lion Corp<br>18525 Railroad Street<br>City Of Industry, CA 91748-1316 | Enlin Fashion Inc<br>735 East 12th Street<br>Unit 111<br>Los Angeles, CA 90021-2197 |
| Elmah & Ethan, Ltd<br>Panthapath Link Road,Kawranbazar<br>Dhaka Bangladesh | Event d/a/a Eska, Inc<br>750-1 East 12th Street<br>Los Angeles, CA 90021-2186 | Entergy<br>Post Office Box 8104<br>Baton Rouge, LA 70891-8104 |
| Fantas Eyes, Inc<br>385 5th Avenue<br>New York, NY 10016-3341 | Ebay Enterprise<br>7 South Main Street<br>3rd Floor<br>Wilkes Barre, Pa 18701-1732 | Fashion Distribution Center, Inc<br>1791 East Martin Luther King Jr.<br>Boulevard<br>Los Angeles, CA 90058-1522 |
| Fashion Ai<br>1175 Crocker Street<br>Los Angeles, CA 90021-2013 | FB Accessories, Inc<br>2828 Leonis Boulevard<br>Vernon, CA 90058-2910 | Fawaz A. Alhokair & Co<br>Post Office Box Riyadh 11411<br>Al Shimaisy<br>Kingdom Of Saudi Arabia |
| Fineman West & Co Llp<br>801 South Figueroa Street<br>Suite 1000<br>Los Angeles, CA 90017-5508 | Fiesta Collection, Inc<br>1261 Broadway<br>No. 810<br>New York, Ny 10001-3530 | First Look<br>721 East 12th Street<br>No. 1<br>Los Angeles, CA 90021-2144 |
| Finesse Novelty Corp<br>2 Channel Drive<br>Suite 200 - 2nd Floor<br>Port Washington, NY 11050-2214 | Foster Quan LLP<br>600 Travis Street<br>Suite 200<br>Houston, TX 77002-2995 | Ford Glory, Inc<br>147 West 35th Street<br>No. 1603<br>New York, NY 10001-2100 |
| First Colony Mall<br>Attn:  General Manager<br>16525 Southwest Freeway<br>Suite 1<br>Sugar Land, TX 77479 | Fedex<br>Post Office Box 7221<br>Pasadena, CA 91109-7321 | Fort Bend County Tax Assessor<br>1317 Eugene Heimann Circle<br>Richmond, TX 77469-3623 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| First Colony Mall, Llc<br>c/o First Colony Mall LLC<br>Attn: Law/Lease Administration<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | Gale Triangle<br>11204 Norwalk Boulevard<br>Santa Fe Springs, CA 90670-3831 | G & H Textiles Trading, Inc<br>1988 Camfield Avenue<br>Los Angeles, CA 90040-1566 |
| Gaze USA, Inc<br>1665 Mateo Street<br>Los Angeles, CA 90021-2854 | Garota, Inc<br>1188 South San Pedro<br>Unit S<br>Los Angeles, CA 90015-2653 | GGP - Homart II LLC<br>Post Office Box 86<br>Minneapolis, MN 55486-1851 |
| GGC Accessory, Inc d/b/a Princess Accessories<br>3100 Bandini Boulevard<br>Vernon, CA 90058-4112 | Global Clothing Network, Inc d/b/a OV<br>120 Brighton Road<br>Unit 3<br>Clifton, NJ 07012-1666 | GGP-Tucson Mall, L.L.C.<br>c/o Tucson Mall<br>Attn: Law/Lease Administration t<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |
| Good Morning Jewelry Corporation<br>39 West 29th Street<br>Floor 2<br>New York, NY 10001-4246 | Golden West Footwear, Inc<br>16750 Chestnut Street<br>City Of Industry, CA 91748-1006 | Glendale I Mall Associates, LLC<br>Post Office Box 860116<br>Minneapolis, MN 55486-0116 |
| Glendale Galleria<br>Attn: General Manager<br>100 West Broadway<br>Glendale, CA 91210-1225 | Have Fashion, Inc<br>3360 East Pico Boulevard<br>Los Angeles, CA 90023-3729 | Glendale I Mall Associates, Lp<br>c/o Glendale Galleria<br>Attn: Law/Lease Administration<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |
| Hermanos Kaybee(Hk), Ltd<br>Unit10,1/F.Silvercord,30 Canton Road<br>Tsimshatsui Kowlo<br>Hong Kong | HD Fashion<br>942 Towne Avenue<br>No. 101<br>Los Angeles, CA 90021-2278 | Hidalgo County Tax Assessor-Collector<br>2804 U.S 281<br>Edinburg, TX 78539-6243 |
| HG Galleria I, II, III, LP<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | IFranchise Group<br>905 West 17th Street<br>2nd Floor<br>Homewood, IL 60430 | Imagine<br>1045 Towne Avenue<br>Los Angeles, CA 90021-2053 |
| Info-Tech Research Group<br>602 Queens Avenue<br>Toronto Ontario<br>Canada | Interi, Inc<br>1169 Crocker Street<br>Los Angeles, CA 90021-2013 | International Inspirations Ltd<br>362 Fifth Avenue<br>Sixth Floor<br>New York, NY 10001-2210 |
| International Silver<br>1220 Broadway Rm 706<br>New York, NY 10001-4312 | Intouch Footwear, Inc<br>1100 South Hatcher Avenue<br>Suite C<br>City Of Industry, CA 91748-1014 | Intraco Inc d/b/a Something Special<br>6333 Corsair Street<br>Commerce, CA 90040-2503 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| IT Closet<br>3335 East Pico Boulevard<br>Los Angeles, CA 90023-3714 | Itsme Jean, Inc d/b/a I & M Jeans USA<br>1100 South San Pedro Street<br>No. L-1<br>Los Angeles, CA 90015-2353 | Ivy d/b/a Blue Mint<br>1105 Towne Avenue<br>Suite 4<br>Los Angeles, CA 90021-2075 |
| Iron Mountain Inc.<br>Post Office Box 601002<br>Pasadena, CA 91189-1002 | J Cat Beauty Enterprise LLC<br>9890 Pioneer Blvd<br>Santa Fe Springs, CA 90670-3218 | J P Original Corp<br>19101 East Walnut Drive North<br>City Of Industry, CA 91748-1429 |
| Jacaranda Clothing, Inc<br>732 East 10th Street<br>No. 102<br>Los Angeles, CA 90021-2270 | Jacob Supplies, Inc d/b/a Heart And H<br>2424 East 26th Street<br>Vernon, CA 90058-1214 | Jan-Pro Cleaning Systems<br>15810 Park Ten Place<br>Suite 135<br>Houston, TX 77084-5191 |
| Janice Fashion, Inc<br>1015 South Crocker Street<br>No. Q-13<br>Los Angeles, CA 90021-2063 | Jaska Building Systems<br>9155 Archibald Avenue<br>Suite 902<br>Rancho Cucamonga, CA 91730-5200 | Jaymy, Inc d/b/a Pinklicious<br>807 East 12th Street<br>No. 132<br>Los Angeles, CA 90021-2177 |
| Jesco Footwear Group Inc<br>37 West 37th Street<br>Suite 301<br>New York, NY 10018-5594 | Joia Trading, Inc<br>1020 South Crocker Street<br>Los Angeles, CA 90021-2012 | Katia Fashion Corp d/b/a Ina Fashion<br>758 East 14th Street<br>1st Floor<br>Los Angeles, CA 90021-2114 |
| KC Exclusive, Inc d/b/a Zenana<br>1100 South San Pedro Street<br>No. M10<br>Los Angeles, CA 90015-2354 | Keter Environmental Services, Inc.<br>1177 High Ridge Road<br>Stamford, CT 06905-1221 | Kimera International, Inc<br>827 Lawson Street<br>City Of Industry, CA 91748-1104 |
| Kuehne + Nagel<br>Post Office Box 894095<br>Los Angeles, CA 90189-4095 | Klein ISD/Tax Assessor<br>7200 Spring-Cypress Road<br>Spring, TX 77379-3215 | L.A. Carton<br>5100 South Santa Fe Avenue<br>Los Angeles, CA 90058-3532 |
| L.A. Payton<br>Tax Assessor-Collector<br>Post Office Box 19037<br>Houston, TX 77224-9037 | LA Double 7 Inc<br>13825 Benson Avenue<br>Chino, CA 91710-7022 | Laura A. Lauterio<br>1811 Whitley Avenue<br>No. 301<br>Los Angeles, CA 90028-4927 |
| Legend Footwear, Inc<br>19445 East Walnut Drive North<br>City Of Industry, CA 91789-2813 | Line Up<br>1039 East Towne Avenue<br>Los Angeles, CA 90021-2053 | Love & Love Fashion Group, Inc<br>740 East Pico Boulevard<br>No. 115<br>Los Angeles, CA 90021 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Love Republic<br>732 East 10th Street<br>Suite #106<br>Los Angeles, CA 90021-2270 | Lovely Day Fashion<br>1015 South Crocker Street<br>No. S03<br>Los Angeles, CA 90021-2069 | LS Retail<br>Iceland |
| Lucent Product, Inc d/b/a Lunette Eye<br>5515 Daniels Street<br>Chino, CA 91710-9026 | Luvdel Knit Trimming<br>5633 South Main Street<br>Los Angeles, CA 90037-4139 | Listrak, Inc.<br>529 East Main Street<br>Lititz, PA 17543-2121 |
| Lora Lee Bell d/b/a Paradise Balloon<br>11700 Buffington Street<br>Bakersfield, CA 93312-4684 | Los Angeles Tax Collector<br>225 North Hill Street<br>Los Angeles, CA 90012-3253 | M.B. Epstein Construction California<br>990 East 17th Street<br>Suite 106<br>Tucson, AZ 85719-6648 |
| Ma'am Arts<br>G1-51, Sitapura Industrial Area<br>Jaipur-302022 India | Management Recruiters<br>11611 North Meridian Street<br>Suite 650<br>Carmel, IN 46032-7149 | Mayland, Inc<br>Vernon, CA 90058 |
| MB Design, Inc  d/b/a Michel<br>727 East Pico Boulevard<br>Suite 7<br>Los Angeles, Ca 90021-2138 | McCargo Group Inc<br>783 East Pico Boulevard<br>Los Angeles, Ca 90021-2105 | McGinn US, Inc d/b/a Plastic Island<br>807 Mateo Street<br>Los Angeles, CA 90021-1711 |
| Me In Corporation d/b/a Color Swatch<br>1015 South Crocker Street<br>No. Q26a<br>Los Angeles, CA 90021-2065 | Memorial City Mall<br>Post Office Box 200256<br>Dallas, TX 75320-0256 | Mezzanine USA<br>1015 South Crocker Street<br>R29<br>Los Angeles, CA 90021-2067 |
| Mi In Fashion, Inc<br>1001 Towne Avenue<br>No. 108<br>Los Angeles, CA 90021-2088 | Michelle<br>1100 South San Pedro Street<br>A-2<br>Los Angeles, CA 90015-2396 | Miju International<br>3131 Bandini Boulevard<br>Vernon, CA 90058-4111 |
| Mike Sullivan<br>Tax Assessor-Collector<br>Post Office Box 3547<br>Houston, TX 77253-3547 | Mikye Apparel, Inc<br>750 East 14th Street<br>No. 109<br>Los Angeles, CA 90021-2260 | Minette Apparel<br>561 Mateo Street<br>Los Angeles, CA 90013-2241 |
| Misope d/b/a I Joah<br>1100 South San Pedro Street<br>No. A7<br>Los Angeles, CA 90015-2343 | Moon Collection, Inc<br>1635 East 23rd Street<br>Los Angeles, CA 90011-1803 | Mon Ami<br>734 East 12th Street<br>Unit No. A<br>Los Angeles, CA 90021-2102 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Mach1 Global Services, Inc<br>1530 East Broadway<br>Tempe, Az 85282 | Must Have, Inc d/b/a Danbee<br>800 E 12th St, Ste 139<br>Los Angeles, CA 90021-2244 | Memorial City Mall<br>Attn: Legal Department<br>820 Gessner<br>Suite 1800<br>Houston, TX 77024-4468 |
| Memorial City Mall<br>Attn: Mall Manager<br>303 Memorial City<br>Suite 303<br>Houston TX 77024-2679 | Model Two Management, LLC<br>8899 Beverly Boulevard<br>No. 507<br>Los Angeles, CA 90048-2412 | Minty<br>721 East 12th Street<br>Unit No. 6<br>Los Angeles, CA 90021-2144 |
| Mystery Researchers, LLC<br>1718 Peachtree Street NW<br>Suite 550<br>Atlanta, GA 30309-2527 | Motive Enterprises, Inc.<br>1834 East 22nd Street<br>Los Angeles, CA 90058-1034 | Nationwide<br>5202 Shadowbend Drive<br>Suite 101<br>The Woodlands, TX 77381-4369 |
| Nabi Trading Inc<br>3121 Bandini Boulevard<br>Vernon, CA 90058-4111 | Northstar Mall LLC<br>Post Office Box 86<br>Minneapolis, MN 55486-2770 | Noble U<br>1015 South Crocker Street<br>R-21<br>Los Angeles, CA 90021-2066 |
| New Rivercenter Mall II L.P.<br>849 Commerce Street<br>San Antonio, TX 78205-3910 | Nuri Import, Inc<br>1219 South Los Angeles Street<br>Los Angeles, CA 90015-2538 | Odes/Odin Commission<br>1239 Broadway<br>Room 603<br>New York, NY 10001-4311 |
| Nova, Inc.<br>362 5th Avenue<br>No. 101<br>New York, NY 10001-2251 | Office Depot<br>6446 Telegraph Road<br>Commerce, CA 90040-2516 | Oh My Julian, Inc<br>735 E 12th St, Ste 110<br>Los Angeles, CA  90021-2197 |
| OHL - International<br>62216 Collections Center Drive<br>Chicago, Il 60693-6221 | Oppo Original Corp<br>108-118 Brea Canyon Road<br>City Of Industry, CA 91789-3086 | Parks At Arlington LLC<br>SDS 2-2881<br>Post Office Box 86<br>Minneapolis, MN 55486-2881 |
| Pink USA Jewlery, Inc<br>1458 South San Pedro Street<br>No. 310<br>Los Angeles, CA 90015-3150 | Planet B<br>860 South Los Angeles Street<br>Los Angeles, CA 90014-3311 | Pol Clothing Inc<br>735 East 12th Street<br>Los Angeles, CA 90021-2197 |
| PPF<br>c/o Morgan Stanley<br>Attn:  Elton Lee and Joseph Finnigan<br>555 California Street<br>Floor 21<br>San Francisco, CA 94104-1546 | Pure Blue Corporate<br>747 East 10th<br>Unit 115 A<br>Los Angeles, CA 90021-2207 | PPF Industrial 2825 S. Santa Fe Ave<br>Post Office Box 101317<br>Pasadena, CA 91189-1317 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Park Mall, L.L.C.<br>c/o Park Place<br>Attn: Law/Lease Administration<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | Pablo Villareal Hidalgo County Tax<br>2804 S US Highway 281<br>Edinburg, TX 78539-6243 | Parks At Arlington, LLC<br>Attn: Law/Lease Administration<br>Department<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |
| Park Place<br>Attn: General Manager<br>5870 East Broadway Boulevard<br>Alcalde, NM 87511 | Pima County Arizona<br>c/o Pima County Attorney - Civil<br>32 North Stone Avenue<br>Suite 2100<br>Tucson AZ 85701-1458 | Partnership, LLC<br>500 East Lorain Street<br>Oberlin, Oh 44074-1238 |
| Rachel Kate d/b/a Rank Production,<br>Inc<br>807 East 12th Street<br>No. 105<br>Los Angeles, CA 90021-2174 | Realplay Corp d/b/a Riplay<br>18856 San Jose Avenue<br>City Of Industry, CA 91748-1325 | Red Circle Footwear, Inc<br>17910 East Ajax Circle<br>City Of Industry, CA 91748-1133 |
| Reggiani Lighting USA Inc<br>372 Starke Road<br>Carlstadt, NJ 07072-2108 | RJ Imports<br>1350 South Broadway<br>Los Angeles, CA 90015-3036 | Robyn G Accessories<br>389 Fifth Avenue<br>Suite 1012<br>New York, NY 10016-3351 |
| Ron Wright Tarrant County Tax<br>Assessor<br>100 East Weatherford<br>Fort Worth, TX 76196-0206 | Rutan & Tucker, LLP<br>611 Anton Boulevard<br>Suite 1400<br>Costa Mesa, CA 92626-1931 | Reyenne Parish<br>2208 Dean Avenue<br>Bakersfield, CA 93312-2725 |
| S & J First Trading, Inc<br>1300 South San Pedro Street<br>No. 102<br>Los Angeles, CA 90015-3135 | S & P Trading, Inc<br>906 East Pico Boulevard<br>Los Angeles, CA 90021-2220 | San Julian Fashion<br>770 East 12th Street<br>No. 3<br>Los Angeles, CA 90021-2192 |
| Sassy Apparel, Inc d/b/a Available<br>800 East 12th Street<br>No. 102<br>Los Angeles, CA 90021-2199 | Seguru Fashion Jewlry Corp<br>34 West 32nd Street<br>11th Floor<br>New York, NY 10001-3838 | Shalom International<br>1050 A Boy Avenue<br>Suite 1<br>Perth Amboy, NJ 08861-1939 |
| Shoe Dynasty, Inc<br>18058 Rowland Street<br>City Of Industry, CA 91748-1205 | Shinhwa Corp d/b/a Qingdao Shinhwa<br>Ho<br>2100 South Hill Street<br>Los Angeles, CA 90007-1416 | Simonglover, Inc.<br>3293 Pacific Avenue<br>Long Beach, CA 90807-5067 |
| Shoe Magnate, Inc<br>18560 East San Jose Avenue<br>City Of Industry, CA 91748-1365 | SMAC Footwear Division<br>17559 Rowland Street<br>City Of Industry, CA 91748-1137 | SKD Pacific, Ltd<br>3c Freder Centre<br>3 Mok Cheong Street<br>Tokwawan<br>Hong Kong |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| So Beautiful, Inc<br>783 East Pico Boulevard<br>Los Angeles, CA 90021-2105 | SML Style USA<br>110 East 9th Street<br>Suite A1263<br>Los Angeles, CA 90079-2263 | Solo La Fe<br>1194 Crocker Street<br>Los Angeles, CA 90021-2014 |
| Society For Human Resource<br>Management<br>Post Office Box 791139<br>Baltimore, MD 21279-1139 | Southwestsigns<br>7208 SW White Road<br>San Antonio, TX 78222-5204 | Soul Flower SA De CV<br>Hidalgo 811-A Col. Artesanos<br>Guadalajara<br>Jalisco Mexico |
| Staples<br>Post Office Box 83689<br>Chicago, Il 60696-3689 | Ssonagi<br>807 East 12th Street<br>Suite 103<br>Los Angeles, CA 90021-2174 | Sun's Trading<br>2345 South Santa Fe Avenue<br>Los Angeles, CA 90058-1111 |
| Style Melody, Inc<br>1053 South Towne Avenue<br>Los Angeles, CA 90021-2053 | Servicios Shasa, S. De R.L. De<br>Blvd. Aeropuerto Miguel Aleman<br>11 Rancho El Rosario<br>Lerman De Villada Mexico<br>Estado De Mexico, C.P., IA 52000 | Swoon-Globalone LA Trading, Ltd<br>1100 South San Pedro Street<br>K1<br>Los Angeles, Ca 90015-2352 |
| Simon Property Group (Texas)<br>c/o M.S. Management Associates<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Simon Property Group (Texas)<br>Braun, Browne & Associates, P.C.<br>Attn.  Sheldon Braun, Esq<br>300 Saunders Road, Suite 100<br>Deerfield, IL 60015-5708 | Smart Retail LLC<br>2827 S Santa Fe Avenue<br>Vernon, CA 90058-1408 |
| Simon Propety Group (Texas), L.P.<br>M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Spring Branch ISD/Tax Assessor<br>16717 Ella Boulevard<br>Houston, TX 77090-4213 | Southwest Signs & Graphics<br>8992 Preston Road<br>Suite 110<br>Tacl 18511<br>Frisco, TX 75034-3964 |
| State Tax Advisors, LP<br>1308 Kingwood Drive<br>Suite 102<br>Kingwood, TX 77339-2972 | Stanley Converge Security Solutions<br>Dept Ch 10651<br>Palatine, IL 60055-0001 | Tech Excel<br>3675 Mt. Diablo Boulevard<br>Suite 200<br>Lafayette, CA 94549-3793 |
| Statement Accessories LLC<br>10 West 33rd Street<br>Suite 715<br>New York, NY 10001-3317 | The Classic d/b/a Han Clothing<br>1202 South Mateo Street<br>Los Angeles, CA 90021-1738 | Teenbell<br>1100 South San Pedro Street<br>N-2<br>Los Angeles, CA 90015-2355 |
| The Vintage Shop<br>1015 South Crocker Street<br>R17<br>Los Angeles, CA 90021-2066 | The Page Inc<br>1015 Crocker Street<br>R37<br>Los Angeles, CA 90021-2068 | Topson Downs Of California, Inc<br>3840 Watseka Avenue<br>Culver City, CA 90232-2633 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Timing, Inc<br>2809 South Santa Fe Avenue<br>Vernon, CA 90058-1408 | Trac<br>1100 South San Pedro Street<br>Unit N-09<br>Los Angeles, CA 90015-2355 | Tovia, Inc<br>1228½ South San Pedro<br>Los Angeles, CA 90015-2612 |
| Triumph/ JL Clothing Inc<br>743 East 12th Street<br>Los Angeles, Ca 90021-2101 | Travis County Tax Office<br>5501 Airport Boulevard<br>Austin, TX 78751-1410 | Tucson Electric Power<br>Post Office Box 80077<br>Prescott, AZ 86304-8077 |
| Tucker Ellis, LLP<br>950 Main Avenue<br>Cleveland, OH 44113-7213 | Tycoons Enterprise Group, LLC d/b/a<br>M<br>7936 East Ajax Circle<br>City Of Industry, CA 91748 | Tyco Integrated Security Sensormatics<br>Post Office Box 371967<br>Pittsburgh, PA 15250-7967 |
| Texas Comptroller<br>111 East 17th Street<br>Austin, TX 78711-5001 | Tammy McRae<br>Tax Assessor<br>400 North San Jacinto Street<br>Conroe, TX 77301-2823 | The Parks At Arlington<br>Attn.: General Manager<br>3811 South Cooper Street<br>Arlington, TX 76015-4154 |
| The Creme Shop<br>819 South Gladys Avenue<br>Los Angeles, CA 90021-1809 | The Woodlands Mall<br>c/o The Woodlands Mall Assoc.<br>Attn: Law/Lease Administration<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 | The Woodlands Mall<br>Attn: General Manager<br>1201 Lake Woodlands Drive<br>Suite 700<br>Spring, TX 77380-5012 |
| Titan Executive Search Partners, Ll<br>212 Yacht Club Way<br>Suite A1<br>Redondo Beach, CA 90277-6907 | Thompson Coburn LLP<br>2029 Century Park East<br>19th Floor<br>Los Angeles, CA 90067-2934 | Tucson Mall<br>Attn: General Manager<br>4500 North Oracle Road<br>Tucson, AZ 85705-1662 |
| Tyco Integrated Security<br>Post Office Box 371967<br>Pittsburg, PA 15250-7967 | U & I Import, Inc<br>7 West 30th Street<br>New York, NY 10001-4406 | UP Fashion<br>1239 Broadway<br>Suite 401<br>New York, NY 10001-4369 |
| Urban Mix, Inc<br>807 East 12th Street<br>No. 149<br>Los Angeles, CA 90021-2176 | Vanilla Bay d/b/a Chou Chou<br>800 East 12th Street<br>No. 106<br>Los Angeles, CA 90021-2199 | Valley Plaza Mall<br>Attn: General Manager<br>2701 Ming Avenue<br>Bakersfield, CA 93304-4416 |
| Vida Clothing<br>726 East 12th Street<br>Suite 310<br>Los Angeles, CA 90021-2142 | Via Vai<br>762 East 12th Street<br>Unit 2<br>Los Angeles, CA 90021-2102 | Vision<br>721 East 10th Street<br>Los Angeles, CA 90021-2005 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Vivace Design<br>726 East 12th Street<br>No. 116<br>Los Angeles, CA 90021-2139 | Versatile Rack Co.<br>5232 Alcoa Avenue<br>Vernon, CA 90058-3710 | Valley Plaza Mall, LP<br>c/o Valley Plaza Mall<br>Attn: Law/Lease Administration<br>110 North Wacker Drive<br>Chicago, IL 60606-1511 |
| Wilhelmina West, Inc<br>9378 Wilshire Boulevard<br>Suite 310<br>Beverly Hills, CA 90212-3168 | Westwood Footwear Corp<br>18955 East Railroad Street<br>City Of Industry, CA 91748-1322 | Wow Knit, Inc d/b/a Wow Couture<br>1012 Crocker Street<br>Los Angeles, CA 90021-2012 |
| Windstream<br>Post Office Box 9001908<br>Louisville, KY 40290-1908 | Xenos Fashion, Inc d/b/a Scobe<br>1616 E 14th St<br>Los Angeles, CA  90021-2309 | Woodlands Metro Center<br>Post Office Box 7829<br>The Woodlands, TX 77387-7829 |
| Zermat Internacional, S.A. De C.V.<br>3540 West T.C. Jester<br>Houston, TX 77018-5047 | Wiline<br>8915 South La Cienega Boulevard<br>Suite D<br>Inglewood, CA 90301-7422 | Teen Bell<br>110 East 9th Street<br>Suite A1263<br>Los Angeles, CA 90079-2263 |
| Yoki Fashion International, LLC<br>1410 Broadway<br>Suite 1005<br>New York, NY 10018 | Zhejiang Shindai Sanshun Trading Co<br>1888 Jianghui Road<br>Hangzhou China | Zinga, Inc<br>1100 South San Pedro Street<br>Suite I-02<br>Los Angeles, CA 90015-2387 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE