| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich<br>  *dgoodrich@go2.law*<br>3070 Bristol Street. Suite 640<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | **FILED & ENTERED**<br><br>APR 30 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SHASA USA LLC<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-11688-VZ<br><br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS [LBR 2016-2]**<br><br>☒ No hearing held<br>☐ Hearing held |

Based upon the trustee's cash disbursement motion filed as docket entry number <u>316</u> (Motion), the Motion is:

☒  Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

###

Date: April 30, 2024

*[signature]*
Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Page 1                                F 2016-2.2.ORDER.TRUSTEE.DISBURSE